JOHN A. YANCHUNIS (*pro hac vice*)
jyanchunis@forthepeople.com
RYAN J. McGEE (*pro hac vice*)
rmcgee@forthepeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone:   (813) 223-5505
Facsimile:    (813) 223-5402

Clayeo C. Arnold, SBN 65070
carnold@justice4you.com
Joshua H. Watson, SBN 238058
jwatson@justice4you.com
**CLAYEO C. ARNOLD**
**A PROFESSIONAL LAW**
**CORPORATION**
865 Howe Avenue
Sacramento, California 95825
Telephone:   (916) 777-7777
Facsimile:    (916) 924-1829

*Counsel for Plaintiffs Matt Matic and Zak Harris*

FRANKLIN D. AZAR (pro hac vice)
azarf@fdazar.com
MARGEAUX R. AZAR (pro hac vice)
azarm@fdazar.com
**FRANKLIN D. AZAR & ASSOCIATES, P.C.**
14426 East Evans Avenue
Aurora, Colorado 80014
Telephone:   (303) 757-3300
Facsimile:    (720) 213-5131

Counsel for Plaintiffs Charles Olson and Eileen M. Pinkowski

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE PLUS PROFILE LITIGATION ) ) ) ) ) ) ) ) ) ) ) ) | No. 5:18-CV-06164-EJD (VKD)<br><br>**NOTICE OF FILING REPORT OF SPECIAL MASTER RECOMMENDING RECIPIENTS FOR CY PRES DISTRIBUTIONS** |

Plaintiffs hereby file the attached Report Of Special Master Recommending Recipients For Cy Pres Distributions pursuant to the Court's Order Granting Preliminary Approval of Class Action Settlement filed on June 10, 2020.

Dated: July 22, 2020

/s/ John A. Yanchunis_____
John A. Yanchunis (pro hac vice)
Ryan J. McGee (pro hac vice)
Morgan & Morgan
Complex Litigation Group

Clayeo C. Arnold (65070)
Joshua H. Watson (238058)
Clayeo C. Arnold, P.C.\\\
Counsel for Plaintiffs Matic and Harris

Franklin D. Azar (pro hac vice)
Margeaux R. Azar (pro hac vice)
Franklin D. Azar & Associates, P.C.
Counsel for Plaintiffs Olson and Pinkowski

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2020 I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 22, 2020

*/s/ John A. Yanchunis*
John A. Yanchunis (admitted *pro hac vice*)