To the United States District Court of the Northern District of California.

RE: Case No: 5:18-CV-06164-EJD (VKD)

Claim Class Action Settlement re: Google:

Submitted on: August 7, 2020

Claimant:   A2Z Publications LLC
            POB 192
Street:     15608 31st St E
            Parrish, FL 34219
Tel#:       941-212-6714
E-mail:     adriankrieg@a2zpublications.com
Claimant:   Dr. Adrian H. Krieg CMFGE Managing Director

Not represented by Council.

In accordance with the terms of settlement Between Google and the United States District Court of Northern California; A2Z Publications LLC claims the damaged amount of $1,500.00 for the "entire class" of the suite. This is a one time settlement claim by, A2Z Publications LLC, which upon payment by Google will absolve Google from any further legal action. A2Z Publications LLC is in the Google data base as A2ZPublications.com. Our claim is for loss of business (sales) due to Google actions.

This claim is submitted and sworn before me: 8-7-2020

Notary State of Florida

By: Dr. Adrian H. Krieg CMFGE
    Parrish, FL, USA

Seal:



JENNIFER JAFFAL
Notary Public - State of Florida
Commission # GG 145517
My Comm. Expires Oct 10, 2021
Bonded through National Notary Assn

Jennifer Jaffal

To the United States District Court of the Northern District of California.

RE: Case No. 5:18-CV-06164-EJD (VKD)

Claim Class Action Settlement re: Google:

Submitted on: August 7 2020

Claimant: A22 Publications LLC
POB 190
Street: 15508 31st St E
Parrish, Fl 34219
Tel: 941-212-6714
E-mail: adriankrieg@a22publications.com
Claimant: Dr. Adrian H. Krieg CMFGE Managing Director

Not represented by Council

In accordance with the terms of settlement Between Google and the United States District Court of Northern California; A22 Publications LLC claims the damaged amount of $1,500.00 for the "entire **class**" of the suite. This is a one time settlement claim by, A22 Publications LLC, which upon payment by Google will absolve Google from any further legal action. A22 Publications LLC is in the Google data base as A22Publications.com. Our claim is for loss of business (sales) due to Google actions.

This claim is submitted and sworn before me:

Notary State of Florida Seal:

By Dr. Adrian H. Krieg CMFGE
Parrish, FL USA