**Pg 1.**                                                                 Today's <u>**Date: AUGUST 5, 2020**</u>

**TO**: Google Plus Data Litigation,
1650 Arch Street, Suite 2210,
Philadelphia, PA, 19103
Telephone: 1-833-509-1101 or by
email at **Info@GooglePlusDataLitigation.com**

SCANNED

**CC:** Office of the Clerk of the Court
for the United States District Court for the Northern District of California,
280 South 1st Street, 2nd Floor,
San Jose, CA 95113

---

To Whom It May Concern:

      I am JOEY KATO, PRO-SE. In receipt of such an email in compliance under the recitation as required by CPLR 2219(a) of the papers sent and received by PRO-SE herein email (electronic format).

      I understand MY RIGHTS (NOT MAY) BUT have been Affected as indeed I did have a GOOGLE PLUS ACCOUNT for numerous years. On June 10, 2020, the Honorable Edward J. Davila of the U.S. District Court for the Northern District of California, granted preliminary approval of this class action Settlement and directed the litigants to provide this notice about the Settlement.

      Knowing and comprehending my rights in its entirety, I, JOEY KATO CHOOSE to relinquish, waive and dismiss the joining of such a CLASS ACTION SETTLEMENT as a MEMBER and I shall also CHOOSE to relinquish, waive and dismiss an individual, solo filing as a single claimant under this in particular index case and course of action defining the breach upon the Defendant whom had their clients non-public Profile(s) Information exposed as a result of the software **bugs** in which Google announced and disclosed on October 8, 2018 and December 10, 2018.

**RECEIVED**

AUG 1 0 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Pg 2

WHY I CHOSE TO DISMISS SUCH PARTICIPATION is because I, do have a long time friend of my family that is employed at GOOGLE, therefore morally it is not impartial or just to file or join such an action to the nature of such proceedings.

PLEASE TAKE NOTICE, this memorandum is with prejudice with having been recognized as having reference to, and being determinative of, the right to bring a future action in completely separate claim(s) from the aboveforementioned action that may or may arise by negligence.

August 5, 2020
New York, New York

X _____ JOEY KATO

By: Joey Kato (Non Participant)
360 Mosel Avenue,
Staten Island, New York, 10304
Landline: (718)-727-8557
Email: klp37865@gmail.com

**CC: CT/CONFIDANT/NYC/WITNESS**

<u>Original Summons of Complaint</u>

From: google-noreply@google.com

Reply to: google-noreply@google.com

To: klp37865@gmail.com (JOEY KATO)

Date: Aug 5, 2020: 7:04PM

**Subject: Notice of Class Action Settlement re Google Plus**

**Your Rights May Be Affected**

## *Notice of Class Action Settlement re Google Plus, Your Rights May Be Affected*

You are not being sued. This notice affects your rights. Please read it carefully.

On June 10, 2020, the Honorable Edward J. Davila of the U.S. District Court for the Northern District of California, granted preliminary approval of this class action Settlement and directed the litigants to provide this notice about the Settlement. You have received this notice because Google's records indicate that you may be a Settlement Class Member, and you may be eligible to receive a payment from the Settlement.

Please visit (www.GooglePlusDataLitigation.com) for more information. The Final Approval Hearing on the adequacy, reasonableness, and fairness of the Settlement will be held at 9:00 am on November 19, 2020 in San Jose Courthouse, Courtroom 4, 5th Floor located at 280 South 1st Street, San Jose, CA 95113. You are not required to attend the Final Approval Hearing, but you are welcome to do so at your own expense.

## Summary of Litigation

Google operated the Google+ social media platform for consumers from June 2011 to April 2019. In 2018, Google announced that the Google+ platform had experienced software bugs between 2015 and 2018, which allowed app developers to access certain Google+ profile field information in an unintended manner. Plaintiffs Matthew Matic, Zak Harris, Charles Olson, and Eileen M. Pinkowski thereafter filed this lawsuit asserting various legal claims on behalf of a putative class of Google+ users who were allegedly harmed by the software bugs ("Class"). Google denies Plaintiffs' allegations, denies any wrongdoing and any liability whatsoever, and believes that no Class Members, including the Plaintiffs, have sustained any damages or injuries due to the software bugs.

JK
360 Mosel Ave
SI NY 10304

NEW YORK NY 100
07 AUG 2020 PM 11 L



Barn Swallow

To: Office of the Clerk
Court for US D.
Court for the Northern Dist
California
280 South 1st Street
San Jose, CA 9

95113-300299