Google Plus Profile Litigation
Case No. 5:18-CV-06164-EJD (VKD)
United States District Court Northern
District of California

-I Maxime Djewaye, does wish to be involve in this Settlement. Case number. 5:18-CV-06164-EJD I understand my rights and do which to submit a claim form to be Eligible for a cash payment. I understand under the settlement, Google will pay $7.5 million which will be used to fund (1) class member settlement payments (2) attorneys' fees not to exceed 25% of the settlement fund, and costs and expenses not to exceed $200,000.00 (3) four services awards to the class. My email and cellphone # Maxime Djewaye@gmail.com and (202) 853-6991.

**RECEIVED**

AUG 17 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Maxime Djenaye
2109 Manor Drive Apt #201
Hagerstown MD 21740

BALTIMORE MD 212
11 AUG 2020 PM 5 L

RECEIVED
AUG 17 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Case No. 5:18-CV-06164-EJD (VKD)
280 South 1st Street 2nd Floor
San Jose, CA 95113
United States District Court
Northern District of California San Jose