The Honorable Judge, Edward J. Davila
U.S. District Court
Northern District of California

San Jose Courthouse,
Courtroom 4, 5th Floor
280 South 1st Street
San Jose, CA 95113



I have been in Computer Technology for 33 years I am 76 years old and when I saw that I am suppose to click on a Google operated web site to submit my objection I believe that you will never see this statement. Therefore I am submitting this directly to you and also through the web site provided.
Google's management of the website for submitting my objection is much like putting the Fox to look over the Hen house.

Following is my complaint

I was amazed at the tiny slap on the wrist given to Google of 7.5 million for the breach of personal information that they caused by not properly protecting the data that they have on their servers.

Larry Page, is the co-founder and current CEO of Google, is easily one of the richest people in the world. Page is, as of March 4, 2019, said to be worth approximately $52.4 billion, at least according to real-time information from Forbes. Per the most recent Forbes 400, Page ranked sixth among the richest people in the country

My point is that the most recent IBM/Ponemon Institute study calculated the cost of a data breach at $242 per stolen record for each person & $12.00 does not come close to the damage

https://www.pkware.com/blog/what-s-the-real-cost-of-a-data-breach

If A household in the U.S. has an average net worth of $692,100, according to the most recent data from the Federal Reserve's Survey of Consumer Finances.

https://www.marketwatch.com/story/whats-your-net-worth-and-how-do-you-compare-to-others-2018-09-24

This settlement is too small, so here is my suggestion for a fair settlement.
I divide Larry Page Net worth 52.4 billion into the penalty of 7.5 million I get a fraction of .0001431297
Now I take that fraction .0001431297 times the average net worth of an American of 692,100.
I get what should be the average damages to the average American

*e Noble*
*9 Wiltshire Blvd.*
*more, Mo. 64083*
*6) 289-1480*

KANSAS CITY 640

11 AUG 2020 PM 4 L



RECEIVED
AUG 17 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

The Honorable Judge, Edward J. Davila
San Jose Courthouse
Courtroom 4, 5th Floor
280 South 1st Street
San Jose, CA 95113

95113-300299