# NOTICE FOR OPT-OUT
# FOR ™DERRICK DEWAN PINCKNEY

TO: **GOOGLE PLUS DATA LITIGATION**
Attn: Settlement Objections
P.O. Box 58220
Philadelphia, PA, 19102
GooglePlusDataLitigation.com
Info@GooglePlusDataLitigation.com
833-509-1101

From: ™Derrick-DeWan: Pinckney©
™DERRICK DEWAN PINCKNEY
GENERAL DELIVERY
c/o 1102 S A Street
Tacoma, Washington State [98402-9998]
(253) 253-254-5633
email address: pikoexpressdelivery@gmail.com

Sent via USPS Certified Mail (CM) & Return Receipt (RR)
GOOGLE PLUS DATA LITIGATION
CM #: 7011 0470 0002 0809 8670
RR #: 9590 9402 5797 0034 7143 64

August 12, 2020

FOR: In re Google Plus Profile Litigation
Case No. 5:18-cv-06164-EJD
OPT-OUT for DERRICK DEWAN PINCKNEY
email: pikoexpressdelivery@gmail.com

RECEIVED
AUG 17 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Dear Sir(s):

I, ™Derrick-DeWan: Pinckney© (hereinafter "Secured Party Creditor"), sui juris, in propria persona, am writing this NOTICE FOR OPT-OUT FOR ™DERRICK DEWAN PINCKNEY to GOOGLE PLUS DATA LITIGATION, et al., for Opt-Out for ™DERRICK PINCKNEY (hereinafter "TRUST"); for email account: pikoexpressdelivery@gmail.com; for In re Google Plus Profile Litigation Case No. 5:18-cv-06164-EJD.

Additionally, Secured Party Creditor requests that GOOGLE PLUS DATA LITIGATION: (1) send a letter signed under penalty of perjury stating to the fact that opt out request for the TRUST was received and processed; (2) send certified copies for any court document(s) filed in the TRUST's name; and (3), that the requests in (1) and (2) must be received Secured Party Creditor no later than October 31, 2020, and mailed to: ™Derrick-DeWan: Pinckney©, GENERAL DELIVERY, c/o 1102 S A Street, Tacoma, Washington State [98402-9998].

Respectfully Submitted, Aug 12, 2020

By: Derrick-DeWan Pinckney
™Derrick-DeWan: Pinckney©, sui juris
All Rights Reserved & Without Prejudice

[CERTIFIED TRUE COPY — Notary seal: Amber Warren, Commission Expires 11-19-22, Notary Public, State of Washington, #175182]

ENCLD: Affidavit of Fact for ™Derrick-DeWan: Pinckney©

[CERTIFIED TRUE COPY — Notary seal]

cc: Sent via Certificate of Mailing to:
United States District Court for the Northern District of California
Attn: Clerk of the Court
280 South 1st Street, 2nd Floor
San Jose, CA 95113


"Witness by Notary for No Changes Jurisdiction AND/OR Status from the Land."

Washington State     )
                     )S.S
Pierce County        )

Signed and sworn to before me on this 12th day of August, 20 20, by Derrick-DeWan: Pinckney, sui juris.

_____
[signature of Notary]

Amber Warren
[printed name of Notary]

NOTARY PUBLIC

My commission expires: 11-19, 20 22.


CERTIFIED TRUE COPY

CERTIFIED TRUE COPY

In re Google Plus Profile Litigation
Case No. 5:18-cv-06164-EJD

Page 2 of 2

# Affidavit of Fact
# for ™Derrick-DeWan: Pinckney©

Comes now, ™Derrick-DeWan: Pinckney©, sui juris, in propria persona, a Natural Person, by Special Appearance, your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states that he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. That your Affiant, is a creation of God, a man, a Natural Person, and is currently domiciled in the Kingdom of Heaven on Earth (imbued with the Sun and Cosmic Power of the Creator), a transient foreigner, living on the land/soil, GENERAL DELIVERY, c/o 1102 S A Street, Tacoma, Washington State [98402-9998], Non-Domestic Delivery.

2. That your Affiant, on November 26, 2014 at 12:46:56 PM or thereabouts, traveled to Pierce County Auditor's Office, 2401 South 35th Street, Room 200, Tacoma, Washington State; and publicly recorded Affiant's "Affidavit of Status," Instrument #: 201411260397.

3. That your Affiant, on July 27, 2018 at 11:52:16 AM or thereabouts, traveled to the location in number two (2), above, and publicly recorded Affiant's Notice for "Affidavit for The Right of Locomotion and for The Right to Travel," Instrument #: 201807270291.

4. That your Affiant, on October 10, 2019 at 03:06:22 PM or thereabouts, traveled to the location in number two (2), above, and publicly recorded Affiant's "OTICE FOR COMMON LAW COPYRIGHT AND CERTIFICATE FOR ASSUMED NAME FOR DERRICK DEWAN PINCKNEY-10101981-CN," Instrument #:201910100619.

5. That your Affiant, is the "Lawful Entitlement Holder" and "Holder in Due Course" for ™DERRICK DEWAN PINCKNEY (hereinafter "TRUST").

6. That your Affiant, hereby invoke and refuse to waive the rights and privileges afforded to your Affiant by the Constitution for the united States of America as ratified in 1789 with the Articles and Amendments, and for the Constitution for Washington State, Article I, Section 2, Supreme Law Of The Land "The Constitution for the United States is the supreme law of the land."

7. That your Affiant on August 10, 2020, sent a NOTICE FOR OPT-OUT FOR ™DERRICK PINCKNEY to GOOGLE PLUS DATA LITIGATION (hereinafter "GPDL") at Attn: Settlement Objections, P.O. Box 58220, Philadelphia, PA, 19102.

8. That your Affiant for number seven (7), above, sent the notice via United States Postal Service (USPS) via Certified Mail #: 7011 0470 0002 0809 8670 and Return Receipt #: 9590 9402 5797 0034 7143 64.

9. That your Affiant for the notice in number seven (7), above, requested Opt-Out for TRUST for In re Google Plus Profile Litigation Case No. 5:18-cv-06164-EJD.

10. That your Affiant for the notice in number seven (7), above, requested GPDL to: (i) send a

letter signed under penalty of perjury stating to the fact that the Opt-Out request for TRUST was received and completed; (ii) send certified copies for any court document(s) filed in the TRUST's name; and (iii), that the aforementioned document(s) must be received by Affiant no later than October 31, 2020, and mailed to: ™Derrick-DeWan: Pinckney©, GENERAL DELIVERY, c/o 1102 S A Street, Tacoma, Washington State [98402-9998].

11. That your Affiant for the notice in number seven (7), above, sent carbon copy via USPS Certificate of Mailing to United States District Court for the Northern District of California, Attn: Clerk of the Court, 280 South 1st Street, 2nd Floor, San Jose, CA 95113.

Further Affiant sayeth naught.

Aug 12, 2020

By: Derrick-DeWan-Pinckney

Derrick DeWan: Pinckney, sui juris, Beneficiary/Creditor
All Rights Reserved Exclusively & Without Prejudice

cc: Attorney-in-fact

"For Witness by Notary for No Changes Jurisdiction/Status from the Land."

Washington State  )
                  )S.S
Pierce County     )

Signed and sworn to before me on this 12th day of August, 2020, by Derrick-DeWan: Pinckney, sui juris.

_____
[signature of Notary]

Amber Warren
[printed name of Notary]

NOTARY PUBLIC

My commission expires: 11·19, 20 22.



Van: Pinckney©
LIVERY
ington State [98402-9998]
Delivery




1000   95113

U.S. POSTAGE PAID
FCM LETTER
TACOMA, WA
98402
AUG 12, 20
AMOUNT
**$0.55**
R2305E124617-11

**United States District Court
for the Northern District of California**
Attn: Clerk of the Court
280 South 1st Street, 2nd Floor
San Jose, CA 95113

RECEIVED
AUG 17 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**Certificate of Mailing**   95113-909599