William Entriken
1354 Panther Rd.
Rydal PA 19046

August 6, 2020

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE GOOGLE PLUS PROFILE LITIGATION
Case No. 5:18-cv-06164-EJD (VKD)

RE: Objection to Proposed Settlement

Dear Settlement Administrator:

I am an eligible class member in the above-referenced case and I write this letter in objection to the proposed settlement (applying to the entire class).

I read the Consolidated Class Action Complaint including its allegations and each claim for relief. It seems plain to me that one or more of these complaints has merit and would win at trial.

The Prayer for Relief requests a "finding that Defendants' conduct was negligent, deceptive, unfair, and unlawful as alleged…". However, the proposed settlement is that a class member should receive cash payment of $12 or as low as 14¢ if all eligible call members make claims.

A "finding that Defendants' conduct was negligent, deceptive, unfair, and unlawful…," would be a very valuable outcome. In contrast 14¢ is worthless, the mint literally isn't even making coins right now. Yes, I understand that this 14¢ is a bird-in-the-hand, and that a "finding" is a bird-in-the-bush. Still, this is hardly "fair", "reasonable", or "adequate". Mr. Randall W. Wulff did a poor job pricing the value such a "finding" would have for class members against a trillion-dollar company with whom we are literally unable to stop doing business. And I would be interested to see the other dispute resolutions he wrote when Google was his client. Further, Mr. Wulff is ineligible to mediate at arms' length because he is included in the Settlement Class. Did he use YouTube? Yes. Is he specifically excluded in the way the judge and others are? No. What about members of his immediate family?

In proposing such an inadequate settlement, the litigants have wasted millions of people's time and insulted them. Try again.

Respectfully submitted,

*[signature]*

William Entriken

RECEIVED

AUG 17 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

William Entriken
1354 Panther Rd.
Rydal PA 19046

PHILADELPHIA PA 190

11 AUG 2020 PM 10 L



RECEIVED
AUG 17 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

95113-909599