**HENRY N. (HANK) & LINDA L. CARRIGER**
112 Prairie Falcon
Boerne, TX 78006-1949

Home Telephone: None
Work Telephone: None
Henry's Cell Telephone: 402.639.1033
Henry's Email: henrycarriger@gmail.com
Linda's Cell Telephone: 402.960.3644
Linda's Email: lcarriger@gmail.com

RECEIVED

AUG 17 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8 August 2020

RE:   GOOGLE PLUS PROFILE LITIGATION
      CASE NO. 5:18-CV-06164-EJD (VKD)
      UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF
      CALIFORNIA

Honorable Edward J. Davila
U.S. District Court Judge
Northern District of California
San Jose Courthouse, Courtroom 4, 5th Floor
280 South 1st Street
San Jose, CA 95113.


Dear Judge Davila,


On 7 August 2020, I received an unsolicited email from google-noreply@google.com announcing the settlement in the above case.  I am a member of the class but I had trouble filing a claim in this matter.

The first two pieces of information requested on the claim form were the "Claim ID" and then the "Confirmation Code".  I have searched the announcement email and could not find either piece of information in the email.

I also have trouble with the method of payment of my claim.  The claim form only allows for payment through a PayPal account or to a personal bank account.  I do not have a PayPal account and I should not have to open a PayPal account to receive my settlement payment.

I do have a personal bank account but to provide that information to an entity that sends me an unsolicited email would violate one of the standard security no-no's of computer

security experts.  Never give out personal information to entities you do not know.  It is ironic that the payment of a claim in a "computer privacy" case would require the claimant to violate computer privacy standard procedures.  Google has shown that it cannot protect its customers' private information and I do not intend to give Google more private information for it to not protect.  By letting Google to nonchalantly require claimants to violate computer security standards, it is clear that class counsel do not have my, or my fellow claimants, best interest at heart.

1. Please require reissue of the email to include the "Claim ID" and "Confirmation Code" prominently highlighted, perhaps in a larger, bold font, in the email so that prospective claimants can easily find that information.

2. Please require reissue of the email to include a method of payment that does not require the claimants to have a PayPal account or does not require claimants to provide personal bank account numbers to a company that cannot protect its customers' information.  Perhaps a simple check in an envelope addressed to my address would work.

With respect,

HENRY N CARRIGER

Mr. Henry Carriger, USAF
112 Prairie Falcon
Boerne, TX 78006-1949

RECEIVED
AUG 17 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RE: Google Plus Profile Litigation

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
08 AUG 2020 PM 3 L



The Honorable Edward J. Davila
U.S. District Court Judge
Northern District of California
San Jose Courthouse, Courtroom 4, 5th Floor
280 South 1st Street
San Jose, CA 95113