Christopher Kane
crkane@gmail.com
August 17, 2020

Honorable Edward J Davila
United States District Court Northern District of California
San Jose Courthouse, Courtroom 4 — 5th Floor
280 South 1st Street, San Jose, CA 95113



Re: Case No. 5:18-CV-06164-EJD (VKD)

Judge Davila:

I am writing to file an objection with the court regarding case number 5:18-CV-06164-EJD (VKD). Upon review of the settlement details posted online at https://www.googleplusdatalitigation.com/ and the eMail received from Google dated August 4, 2020, it appears the sole purpose of the settlement is to line the pockets of the plaintiff's attorneys with as much as $2,075,000. Conversely, the roughly 198 million Google Plus users are each proportionally entitled to damages as little as 2.7 cents of the remaining settlement.

$$\text{Damages per User: } (\$7{,}500{,}000 - (\$7{,}500{,}000 * .25 + \$200{,}000)) / 198{,}000{,}000 = .02739$$

Since when is it reasonable to file a lawsuit for damages in the amount of 2.7 cents? What does 2.7 cents in damage even look like and can it really be considered damage? This lawsuit is the epitome of frivolous. Yet, **IF** there is evidence to show Google acted in bad faith or benefited financially or otherwise from the "software bugs", how does $7,500,000 or .00463% of Alphabet's 2019 net revenue serve as a deterrent? Again, damages to each user were calculated to be 2.7 cents, Alphabet settles to .00463% of their 2019 net revenues, four (4) of the 190 million Google Plus users receive $1,500 each for lending their names to the lawsuit, and the attorneys walk away with as much as $2,075,000 or nearly 76 Million times more than the alleged damages. There is nothing adequate, reasonable, or fair about this lawsuit or its settlement.

This lawsuit and proposed settlement is an abhorrent abuse of the legal process and does not serve to protect users or ensure greater accountability by the defendant. This lawsuit and settlement merely encourages the Jackie Chiles' of the world to engage in more frivolous lawsuits which impede our legal system and cause further harm to those with legitimate grievances. This settlement should be rejected, the lawsuit dismissed, and the plaintiff's attorneys admonished for such an "outrageous, egregious, preposterous" abuse of our legal system.

Respectfully,

Christopher Kane
crkane@gmail.com



PO Box 500
13851-0500

Honorable Edward J Davila
United States District Court Northern District of California
San Jose Courthouse, Courtroom 4 — 5th Floor
280 South 1st Street, San Jose, CA 95113