Katherine A Fairchild
Pro Se
katie.fairchild93@gmail.com
2948 W 13760 S
Riverton, UT 84065
801-935-7490

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| Matt Matic, an individual and California Resident, and Zak Harris, an individual and Florida Resident, | Case No. 5:18-cv-06164-EJD (VKD) |
| Plaintiffs | Judge Edward J Davila |
| V | **Request for Exclusion from Google Plus Data Litigation Class Action Settlement Agreement** |
| GOOGLE, INC. and ALPHABET, INC., | |
| Defendants | |

Upon review and consideration of the proposed settlement terms in the above-entitled case, I, Katherine A Fairchild, settlement class member, hereby submit my request for exclusion from the Google Plus Data Litigation Class Action Settlement Agreement.

I do so with the understanding that I waive my right to receive settlement funds or awards set forth in this case.

I hereby reserve my right to independently pursue claims alleged in this case against Google, Inc. and Alphabet, Inc. if deemed necessary.

Dated this 13th day of August, 2020

**RECEIVED**
AUG 24 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

/s/ Katherine A Fairchild
KATHERINE A FAIRCHILD
Settlement Class Member

Certificate of Service

I, Katherine A Fairchild, hereby certify that a copy of the attached document was sent to the following people for case 5:18-cv-06164-EJD (VKD) by mail or email as indicated below on August 13, 2020:

San Jose Courthouse
280 South 1st Street
San Jose, CA 95113

Morgan Complex Litigation Group
Ryan J McGee
rmcgee@forthepeople.com
John A Yanchunis
jyanchunis@forthepeople.com

Arnold Professional Law Corporation
Clayeo C Arnold
carnold@justice4you.com
Joshua H Watson
jwatson@justice4you.com

Franklin D Azar & Associates, PC
Franklin D Azar
azarf@fdazar.com
Margeaux R Azar
azarm@fdazar.com

ATHERINE FAIRCHILD
948 W 13760 S
IVERTON, UT 84065

SALT LAKE CITY UT 840

17 AUG 2020 PM 3 L



ATTN: JUDGE EDWARD J DAVILA
SAN JOSE COURTHOUSE
280 SOUTH 1ST STREET
SAN JOSE, CA 95113

RECEIVED
AUG 24 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF

95113-300299