Google Plus Profile
Litigation Case No. 5:18-CV-06164
EJD (VKD)
United State District Court
Northern District of California

I will like to get a claim form mail to me my address is P.O. Box 130242 Spring, TX 77393 My name is Liza Williams my email is Lizawilliams4155@gmail.com Please mail the form to my address

*[signature]*

RECEIVED
SEP 18 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

P.O. Box 13024
Spring, TX 77391-3024

NORTH HOUSTON TX 773
15 SEP 2020 PM 2 L

United States District
Settlement Administrator
Clerk of the Court
280 South 1st Street 2nd Floor
San Jose, CA 95113