Honorable Edward J Davila

US District Court Northern District CA

San Jose Courthouse at 280 S. First St.

San Jose, CA  95113

Settlement Objections

PO Box 58220

Philadelphia, PA  19102

RECEIVED

SEP 17 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Google Plus Data Litigation

1650 Arch St.  Suite 2210

Philadelphia, PA  19103                              Sept. 12, 2020

Dear Settlement Administrator,

    I do not like the settlement proposed and must agree with Google.  I do not see alleged harm, and the only people benefiting from this class action lawsuit are the lawyers.  The lawyers are, in effect, extorting money from a company that provides free services to consumers.  No one is forced to use Google.  Lawyers such as Matthew Matic, Zak Harris, Charles Olson, & Eileen M. Pinkowski are engaging in selfish behavior.   They are causing increased costs for the rest of consumers who benefit from corporate products.

    These lawyers that want to be awarded "service awards"?  For serving themselves;  Are they kidding?  I am sick of these class action lawsuits.  I wish that they were illegal.  Please remove my name from any lawsuit or settlement and help these lawyers to find meaningful work.  They do not represent me.

    Sincerely,

    *Lana L. Olsson*

    Lana L. Olsson

    5624 Brianna Lane

    Bellvue, CO  80512

Lana Olsson
5624 Brianna Ln
Bellvue, CO 80512-5850

RECEIVED

SEP 17 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE



DENVER CO 802

14 SEP 2020 PM 6 L

95113-309599

HONORABLE EDWARD J DAVILA
US DISTRICT COURT NORTHERN DISTRICT CA
SAN JOSE COURTHOUSE
280 S. FIRST ST.
SAN JOSE, CA 95113

