# Exhibit 2

CLAYEO C. ARNOLD, SBN 65070
carnold@justice4you.com
JOSHUA H. WATSON, SBN 238058
jwatson@justice4you.com
**CLAYEO C. ARNOLD
A PROFESSIONAL LAW
CORPORATION**
865 Howe Avenue
Sacramento, California 95825
Telephone:    (916) 777-7777
Facsimile:    (916) 924-189

JOHN A. YANCHUNIS (*pro hac vice*)
RYAN MCGEE (*pro hac vice*)
**MORGAN & MORGAN COMPLEX
    LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone:  813/223-5505
813/223-5402 (fax)
jyanchunis@ForThePeople.com
rmcgee@ForThePeople.com

FRANKLIN D. AZAR (*pro hac vice*)
azarf@fdazar.com
MARGEAUX R. AZAR (*pro hac vice*)
azarm@fdazar.com
**FRANKLIN D. AZAR & ASSOCIATES, P.C.**
14426 East Evans Avenue
Aurora, Colorado 80014
Telephone:    (303) 757-3300
Facsimile:    (720) 213-5131

*Counsel for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| IN RE GOOGLE PLUS PROFILE LITIGATION | ) ) ) ) ) ) ) ) | Case No. 5:18-cv-06164-EJD (VKD)<br><br>DECLARATION OF FRANKLIN D. AZAR IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES, COSTS AND EXPENSES, AND SERVICE AWARDS |
|---|---|---|

I, Franklin D. Azar, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am the owner of Franklin D. Azar & Associates. I have been licensed to practice law in the state of Colorado since 1983.

2.      I was the lawyer responsible for representing Plaintiffs and the class in this litigation and I worked collaboratively with my co-counsel at Morgan & Morgan to ensure that

Plaintiffs and the class which they sought to represent was zealously represented, while also ensuring efficiency and reducing duplicative effort.

3. The hourly rates of the professionals at Franklin D. Azar & Associates, P.C. ("FDAzar"), including my own, reflect experience and accomplishments in the area of class litigation. The rates for myself and other attorneys in the firm are commensurate with hourly rates charged by contemporaries around the country with similar levels of experience who practice in the area of class litigation across the nation. Other federal courts have awarded these rates to me and other FDAzar attorneys for work in class and complex litigation.

4. The lawyers and other professional staff of my firm maintain and record their respective time and the specific services they perform contemporaneously in a computerized time keeping system. Based upon the records in this system, as of September 21, 2020 FDAzar's lodestar is 494.7 hours for total fees of $296,929 based on the hourly rates. Additional time will be spent to prepare for and attend the fairness hearing and obtain final approval, defend any appeals taken from the final judgment approving settlement, and ensure that the distribution of settlement proceeds to class members is done in a timely manner in accordance with the terms of the settlement. Based on my professional experience, the attorneys' fees sought in the motion for attorneys' fee are fair and reasonable compensation for undertaking this case on a contingency basis where there was a risk that without a successful outcome, we would not receive anything for our labor, and for obtaining the relief for Plaintiffs and the class. Throughout this action, we have been challenged by highly experienced and skilled counsel, who focuses on privacy litigation, and who deployed very substantial resources on Defendant's behalf.

5. The chart below reflects the amount of time spent by the lawyers and professional staff at FDAzar in the prosecution of this case:

| Name | Title | Bar Adm. Date/Yrs. Exp. | Hourly Rate | Time Spent | Total Billed |
|---|---|---|---|---|---|
| Franklin Azar | Owner | 1983 (CO) | $950.00 | 44.9 | $42,655.00 |
| Ivy Ngo | Senior Attorney | 2007 (CA) | $760.00 | 101.9 | $77,444.00 |
| Kelly Hyman | Senior Attorney | 2004 (FL) | $760.00 | 92.4 | $70,224.00 |
| Paul Wood | Senior Attorney | 1982 (CO) | $900.00 | 28.7 | $25,830.00 |
| Brian Hanlin | Mid-Level Attorney | 2016 (CO) | $475.00 | 74.2 | $35,245.00 |
| Joshua Moyer | Mid-Level Attorney | 2008 (CA) | $675.00 | 12.7 | $8,572.50 |
| Devyn Glass | Junior Attorney | 2017 (NY) | $375.00 | 38.8 | $14,550.00 |
| Margeaux Azar | Junior Attorney | 2019 (CO) | $375.00 | 9.9 | $3,712.50 |
| Colette Foote | Paralegal | 24 years | $205.00 | 36.7 | $7,523.50 |
| Stephanie Chateauneuf | Paralegal | 15 years | $205.00 | 42.7 | $8,753.50 |
| Graham Shepard | Paralegal | 7 years | $205.00 | 11.8 | $2,419.00 |
| **TOTAL** | | | | **494.7** | **$296,929** |

6.   A breakdown of my firm's costs and expenses, again pulled from a computerized database, are reflected below. It is my opinion that these costs were necessarily expended in the representation of Plaintiffs and the class to advance the claims contained in the litigation and to obtain the settlement achieved in this case.

Research             $292.55

Litigation Support   $4,974.36

Court Fees           $1,346.90

Out of Town Travel   $4,213.52

   **TOTAL**         **$10,827.33**

7.   Additional costs and expenses will be incurred before our work is done in this case,

DECLARATION OF FRANKLIN D. AZAR IN SUPPORT OF PLAINTIFFS' MOTION FOR
APPROVAL OF ATTORNEYS' FEES, COSTS AND EXPENSES, AND SERVICE AWARDS
No. 5:18-cv-6164-EJD (VKD)

- 3 -

as is true of the additional services which we will provide to the class.

I declare under penalty of perjury that the forgoing is true and correct.

Executed this 24th day of September 2020 at Aurora, Colorado.

By: _____
Franklin D. Azar

DECLARATION OF FRANKLIN D. AZAR IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES, COSTS AND EXPENSES, AND SERVICE AWARDS
No. 5:18-cv-6164-EJD (VKD)                                                                          - 4 -