# Exhibit 3

Clayeo C. Arnold, SBN 65070
carnold@justice4you.com
Joshua H. Watson, SBN 238058
jwatson@justice4you.com
**CLAYEO C. ARNOLD**
**A PROFESSIONAL LAW**
**CORPORATION**
865 Howe Avenue
Sacramento, California 95825
Telephone:   (916) 777-7777
Facsimile:    (916) 924-1829

*Appointed Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE PLUS PROFILE LITIGATION | No. 5:18-CV-06164-EJD (VKD) |
| | **DECLARATION OF JOSHUA H. WATSON IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES, AND SERVICE AWARD** |

I, Joshua H. Watson, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I have been licensed to practice law in the state of California since 2005. I am admitted to the U.S. District Court for the Northern of California. Together with Clayeo C. Arnold, I served as local counsel for the Plaintiffs in this matter.

2. I practice law at Clayeo C. Arnold, PC. Our principal counsel is Clayeo C. Arnold, who has practiced civil litigation on behalf of consumers and individuals in California since 1975. The form generally employs 10 to 14 attorneys practicing in the areas of consumer class action, qui tam, employment, labor, and personal injury. I head a workgroup that handles class, mass tort, and employment matters, subject to Mr. Arnold's overall supervision and involvement in major cases. I have been appointed co-lead class counsel in the matter of *Mishra v. Cognizant,* a 714 member class action before Judge Nunley in the Eastern District of California concerning labor law, pending final approval. I am lead counsel for a number of other putative class actions in the Eastern District, and a mass joinder matter in California Superior Court. I have previously acted as local counsel for Mr. Yanchunis on a number of data breach matters in the Northern District.

3. Clayeo C. Arnold is an experienced trial lawyer practicing plaintiff-side contingency civil litigation in California for 45 years. He has routinely tried cases to verdict through that time, is a past President of the Capitol City Trial Lawyers Association, and is a long time member of the American Board of Trial Advocates. Mr. Arnold's work in this matter included evaluating the merits of the case at length with Mr. Yanchunis, reviewing the Complaint, and overseeing my work.

4. I assisted Mr. Yanchunis in this matter with respect to: contributing to the evaluation of the merits of the case prior to filing of the Complaint, reviewing the Complaint, filing the Complaint, responding to questions concerning local-rules, consulting on mediation, and

assisting with questions from class members following preliminary approval. I sought to provide assistance while being mindful to avoid duplicative efforts.

5. The hourly rates of the professionals Clayeo C. Arnold, PC, including my own, reflect our experience. The rate of $759 per hour which I charge for my time is commensurate with hourly rates charged by my contemporaries California, including those rates charged by lawyers with my level of experience. I have practiced plaintiff-side contingency litigation for 15 years. I am licensed in California, and have also practiced in mass tort proceedings in New Jersey, West Virginia, and Louisiana. I have tried over a dozen matters, and practiced in both the California Courts of Appeal and the Ninth Circuit.

6. Mr. Arnold's hourly rate of $914 reflects the nature and extent of his expertise, and experience. Mr. Arnold has tried dozens of cases to verdict, practiced throughout the appeals process, assembled and supervised a regional firm practicing in multiple areas of law in Northern California, has served as a judge pro tem, and is recognized by his peers in the civil litigation community.

7. The lawyers and other professional staff of Clayeo C. Arnold, PC maintain and record their respective time and the specific services they perform contemporaneously in a computerized system. Based upon the records in this system, the lodestar of Clayeo C. Arnold, PC is in excess of **32 hours** as of September 26, 2020, amounts to **$28,286.00** in lodestar. This time includes assisting in investigation of the case; helping the drafting and filing of the Complaint; tracking news and developments related to the case; assisting with local-rules questions as such arose; and responding to calls, emails, and letters from class members after the matter was preliminarily approved.

8. Additional time will be spent as requested by lead counsel to respond to any objections, prepare for and attend the fairness hearing and obtain final approval, and to assist with

any appeal. I assert that the attorneys' fees sought for Clayeo C. Arnold personnel in the motion for attorneys' fee is reasonable and seeks fair and reasonable compensation for undertaking this case on a contingency basis, and for obtaining the relief for Plaintiffs and the Class.

9. The chart below reflects the amount of time spent by members of Clayeo C. Arnold, PC in the prosecution of this case, which was entirely self-funded without any litigation financing:

| Name | Title | Hourly Rate | Time Spent | Total Billed |
|---|---|---|---|---|
| Clayeo C. Arnold | Principal | $914 | 16 | $14,624.00 |
| Joshua H. Watson | Attorney | $759 | 18 | $13,662.00 |
| **Total** | | | **32** | **$28,286.00** |

10. A breakdown of Clayeo C. Arnold, PC's costs and expenses, again which I assert are reasonable and were entirely self-funded, are pulled from a computerized database maintained by individuals in the accounting office of my firm and which were checked for accuracy, are reflected below.

| Description | Subtotals | Totals Per Category |
|---|---|---|
| **Court Fees** | | **$400.00** |
| Filing Fee | $400 | |
| | Total | $400.00 |

Executed this 28th of September 2020 at Sacramento, California.

By: */s/ Joshua H. Watson*
Joshua H. Watson, Esq.