# Exhibit 4

| | All dollar amounts are in millions | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Case Name | Cite | Judge | Fee Order Date | Case Type | Fee $ Approved | Primary Calculation Method | Cross-Check Method | Common Fund $ | % of Common Fund Approved | Lodestar $ | Multiplier Approved |
| 1 | Craft v. Cty. of San Bernardino,, 1124 | 624 F. Supp. 2d 1113 | Stephen G. Larson | April 1, 2008 | Civil Rights | $ 6.375 | CF | Lodestar | $ 25.648 | 25% | $ 1.200 | 5.20 |
| 2 | Kurihara v. Best Buy Co. | 2010 WL 11575623 | Marilyn Hall Patel | April 1, 2010 | Wage & Hour | $ 0.898 | Lodestar | | $ 5.000 | 6% | $ 0.718 | 1.25 |
| 3 | Garner v. State Farm Mut. Auto. Ins. Co. | 2010 WL 1687829 | Claudia Wilken | April 22, 2010 | Breach od Contract | $ 4.500 | CF | Lodestar | $ 15.000 | 30% | | <2 |
| 4 | Briggs v. United States | 2010 WL 1759457 | William Alsup | April 30, 2010 | debt collection | $ 1.120 | Lodestar | | $ 7.400 | | $ 1.119 | 1.00 |
| 5 | Lane v. Facebook, Inc. | 2010 WL 2076916 | Richard Seeborg | May 24, 2010 | Privay/Data Breach | $ 2.322 | Lodestar | | $ 9.510 | 24% | $ 1.161 | 2.00 |
| 6 | In re LDK Solar Sec. Litig. | 2010 WL 3001384 | William Alsup | July 29, 2010 | Securities | $ 16.000 | | | $ 16.000 | 13.75% | $ 7.600 | 0.29 |
| 7 | In re WAL–MART STORES, INC. WAGE AND HOUR LITIGATION | 2011 WL 31266 | Saundra Brown Armstrong | January 5, 2011 | Wage & Hour | $ 23.220 | CF | Lodestar | $86-$43 | 27% of ceiling | ~$16.6 | 1.40 |
| 8 | Chu v. Wells Fargo Investments, LLC | 2011 WL 672645 | Marilyn Hall Patel | February 16, 2011 | Wage & Hour | $ 1.725 | CF | Lodestar | $ 6.900 | 25% | $ 1.175 | 1.47 |
| 9 | Waters v. AT & T Servs., Inc. | 2011 WL 672636 | Beth Labson Freeman | February 17, 2011 | Wage & Hour | $ 2.519 | Lodestar | CF | $ 17.000 | 15% | $ 1.260 | 2.00 |
| 10 | Kanawi v. Bechtel Corp., | 2011 WL 782244 | Charles R. Bryer | March 1, 2011 | ERISA | $ 4.860 | CF | Lodestar | $ 18.500 | 30% | $ 10.800 | 0.45 |
| 11 | In re Mercury Interactive Corp. Sec. Litig. | 2011 WL 826797 | Jeremy Fogel | March 3, 2011 | Securities | $ 25.850 | CF | Lodestar | $ 117.500 | 22% | #REF! | 3.08 |
| 12 | In re CHARLES SCHWAB CORPORATION SECURITIES LITIGATION | 2011 WL 1481424 | William Alsup | April 19, 2011 | Securities | $ 21.704 | CF | Lodestar | $ 235.000 | 9% | $ 7.080 | 2.68 |
| 13 | Wren v. RGIS Inventory Specialists | 2011 WL 1230826 | Joseph C. Spero | May 13, 2011 | FLSA | $ 11.300 | Lodestar | CF | $ 27.000 | 42% | $ 11.300 | 1.00 |
| 14 | In re Wachovia Corp. "Pick-A-Payment" Mortg. Mktg. & Sales Practices Litig. | 2011 WL 1877630 | Jeremy Fogel | May 17, 2011 | TILA | $ 25.000 | CF | lodestar | $ 75.000 | 33% | $ 11.000 | 2.20 |
| 15 | In re Apple Inc. Sec. Litig. | 2011 WL 1877988 | Jeremy Fogel | May 17, 2011 | Securities | $ 1.966 | CF | | $ 16.500 | 12% | | |
| 16 | In re Google Buzz Privacy Litig. | 2011 WL 7460099 | James Ware | June 2, 2011 | Privacy/Data Breach | $ 2.125 | | | $ 6.065 | 35% | | |
| 17 | Buccellato v. AT & T Operations, Inc. | 2011 WL 3348055 | Lucy H. Koh | June 30, 2011 | | | | | $ 13.000 | | | |
| 18 | Buccellato v. AT&T Operations, Inc. | 2011 WL 3348055 | Lucy H. Koh | June 30, 2011 | FLSA | $ 3.125 | CF | | $ 12.500 | 25% | | 4.30 |
| 19 | In re Nuvelo, Inc. Sec. Litig. | 2011 WL 2650592 | Charles R. Bryer | July 6, 2011 | Securities | $ 2.491 | CF | Lodestar | $ 8.900 | 30% | $ 7.000 | 0.36 |
| 20 | In re Wells Fargo Loan Processor Overtime Pay Litig. | 2011 WL 3352460 | Edward M. Chen | August 2, 2011 | Wage & Hour | $ 1.558 | CF | Lodestar | $ 7.218 | 22% | $ 1.800 | 0.87 |
| 21 | In re TD AMERITRADE ACCOUNT HOLDER LITIGATION | 2011 WL 4079226 | Saundra Brown Armstrong | September 13, 2011 | Data Breach | $ 0.500 | CF | Lodestar | 2.5-6.5 | 7.70% | $ 1.295 | <1 |
| 22 | Paulsen v. CNF, Inc. | 2011 WL 13286132 | James Ware | October 24, 2011 | ERISA | $ 2.530 | CF | Lodestar | $ 9.200 | 27.50% | $ 2.796 | 0.90 |
| 23 | Hofstetter v. Chase Home Fin., LLC | 2011 WL 5545912 | William Alsup | November 14, 2011 | Insurance | $ 2.250 | Lodestar | CF | $ 10.137 | 23% | $ 1.100 | 2.00 |
| 24 | In re Wells Fargo Mortgage-Backed Certif. Litig. | 11-cv-01376-LHK | Lucy H. Koh | November 14, 2011 | Securities | $ 24.509 | CF (terse, no discussion) | | $ 125.000 | 19.75 | | |

| # | Case | Citation | Judge | Date | Type | Settlement | Method | Cross-check | Fees | % | Per Class Member | Multiplier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | In re TFT-LCD (Flat Panel) Antitrust Litig. | 2011 WL 7575003 | Susan Illston | December 27, 2011 | Antitrust | $ 121.507 | CF | Lodestar | $ 405.022 | 30% | #REF! | 1.10 |
| 26 | Taylor v. FedEx Freight, Inc. | 10-cv-02118-LHK | Lucy H. Koh | January 27, 2012 | Labor Employment | $ 1.750 | N/A | | $ 5.250 | 33% | | |
| 27 | In re Cadence Design Sys., Inc. Sec. & Derivative Litig., No. 08-4966, , at *2 (N.D. Cal. ) | 2012 WL 1414092 | Samuel Conti | April 23, 2012 | Securities | $ 7.200 | CF | Lodestar | $ 38.000 | 19% | $ 2.529 | 2.88 |
| 28 | Standiford v. Palm, Inc. | 09-cv-05719-LHK | Lucy H. Koh | May 31, 2012 | | | CF | | $ 0.640 | 25% | $ 226,305.000 | |
| 29 | Li v. A Perfect Day Franchise, Inc. | 2012 WL 2236752 | Lucy H. Koh | June 15, 2012 | FLSA | $ 1.344 | LS (default jmt) | | $ 11.141 | N/A | | |
| 30 | Lemus v. H&R Block Enterprises LLC. | 2012 WL 12946714 | Richard Seeborg | September 10, 2012 | Privacy/Data Breach | $ 4.978 | CF | Lodestar | $ 19.915 | 25% | $ 5.391 | 1.08 |
| 31 | Arthur v. Sallie Mae, Inc. | 2012 WL 4076119 | James L. Robart | September 17, 2012 | TCPA | $ 4.830 | CF | | $ 21.900 | 20% | | |
| 32 | Vallabhapurapu v. Burger King Corp., No. C 11-00667 WHA,, at *3 (N.D. Cal. ) | 2012 WL 5349389 | William Alsup | October 29, 2012 | ADA | $ 4.592 | Lodestar | CF | $ 14.250 | 25% | $ 3.547 | 1.29 |
| 33 | In re TFT-LCD (Flat Panel) Antitrust Litig. | 2013 WL 149692 | Susan Illston | January 14, 2013 | Antitrust | $ 20.400 | CF | Lodestar | $ 68.000 | 30% | $ 23.688 | 0.86 |
| 34 | Hopkins v. Stryker Sales Corp. | 2013 WL 496358 | Lucy H. Koh | February 6, 2013 | Wage & Hour | | CF | | $ 4.500 | 30% | $ 0.460 | 2.76 |
| 35 | Vincent v. Reser | 2013 WL 621865 | Charles R. Bryer | February 19, 2013 | ERISA | $ 1.281 | CF | Lodestar | $ 5.125 | 25% | #REF! | 1.09 |
| 36 | In re Netflix Privacy Litig. | 2013 WL 1120801 | Edward J. Davila | March 18, 2013 | data breach | $ 2.250 | CF | Lodestar | $ 9.000 | 25% | $ 1.352 | 1.66 |
| 37 | LaGarde v. Support.com, Inc. | 2013 WL 1283325 | Jacqueline Scott Corley | March 26, 2013 | Consumer Fraud | $ 0.481 | Lodestar | | $ 8.595 | 5.60% | $ 0.481 | 1.00 |
| 38 | In re TFT–LCD (FLAT PANEL) ANTITRUST LITIGATION | 2013 WL 1365900 | Susan Illston | April 3, 2013 | Antitrust | $ 309.725 | | | $ 1,008.000 | 28.60% | | 2.4-2.6 |
| 39 | Marolda v. Symantec Corp. | 2013 WL 12310821 | Edward M. Chen | April 5, 2013 | Breach of contract/consumer | $ 1.700 | CF | Lodestar | $ 39.535 | 4.30% | $ 0.800 | 2.00 |
| 40 | Pecover v. Elec. Arts Inc. | 2013 WL 12121865 | Claudia Wilken | May 30, 2013 | Antitrust | $ 7.290 | CF | Lodestar | $ 27.000 | 27% | #REF! | 1.15 |
| 41 | Pimental v. Google Inc. | 2013 WL 12177158 | Yvonne Gonzalez Rogers | June 26, 2013 | TCPA | $ 1.500 | CF | Lodestar | $ 6.000 | 25% | $ 0.820 | 1.83 |
| 42 | Vedachalam v. Tata Consultancy Servs., Ltd | 2013 WL 3941319 | Claudia Wilken | July 18, 2013 | breach of contract | $ 8.925 | CF | Lodestar | $ 29.750 | 30% | $ 4.840 | 1.84 |
| 43 | Pokorny v. Quixtar, Inc. | 2013 WL 3790896 | Samuel Conti | July 18, 2013 | RICO | 15.000 | | | $ 55.000 | 27.30% | $ 6.818 | 2.20 |
| 44 | Ferrington v. Mcafee | 2013 WL 12308314 | Lucy H. Koh | July 22, 2013 | Consumer Protection | $ 0.455 | LS (Cal stat, agreed blended X .39) | | $ 1.625 | 25.67% | $ 1.042 | 0.39 |
| 45 | Ralston v. Mortg. Inv'rs Grp., Inc. | 2015 WL 5027603 | Lucy H. Koh | September 19, 2013 | Consumer Fraud | $ 25.037 | CF | Lodestar | $ 100.150 | 25% | $ 8.653 | 2.89 |
| 46 | Ralston v. Mortg. Inv'rs Grp., Inc. | 2013 WL 5290240 | Jeremy Fogel | September 19, 2013 | Fraud | $ 25.037 | CF | Lodestar | $ 100.150 | 25% | $ 8.654 | 2.80 |
| 47 | Bottoni v. Sallie Mae, Inc. | 2013 WL 12312794 | Laurel Beeler | November 21, 2013 | Debt Collection & Breach of contract | $ 1.200 | Lodestar | CF | $76 in debt relief | 1.50% | ~$0.93 | 1.29 |
| 48 | Bottoni v. Sallie Mae, Inc. | 2013 WL 12312794 | Laurel Beeler | November 21, 2013 | debt collection | $ 1.200 | Lodestar | CF | $ 76.000 | 2% | $ 0.927 | 1.29 |
| 49 | Walsh v. Kindred Healthcare | 2013 WL 6623224 | Jeffrey S. White | December 16, 2013 | Elder abuse | $ 2.489 | | | $ 8.250 | 30% | $ 2.566 | 0.97 |
| 50 | Ross v. Trex Co., Inc. | 2013 WL 12174133 | Jeffrey S. White | December 16, 2013 | Consumer Breach of Contract | $ 1.321 | Lodestar | | $ 9.800 | 13% | $ 1.776 | 0.74 |

| # | Case | Citation | Judge | Date | Type | Fee ($M) | Method | Method 2 | Fund ($M) | % | Lodestar ($M) | Multiplier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | Lofstrom v. Miasole | 12-cv-05184-LHK | Lucy H. Koh | December 27, 2013 | labor employment | $ 0.058 | CF (request is less than 25% benchmark) | | | | | |
| 52 | In re Diamond Foods, Inc., Sec. Litig. | 2014 WL 106826 | William Alsup | January 10, 2014 | Securities | $ 1.445 | CF | | $ 11.000 | | | |
| 53 | Nwabueze v. AT&T Inc., | 2014 WL 324262 | Susan Illston | January 29, 2014 | breach of contract | $ 5.500 | Lodestar | | unkown but could exceed 100 million | | $ 6.035 | 0.91 |
| 54 | Johnson v. Sky Chefs, Inc. | 11-cv-05619-LHK | Lucy H. Koh | February 6, 2014 | FLSA | $ 0.116 | CF | | $ 0.350 | | $ 0.361 | 0.32 |
| 55 | Moore v. Verizon Commc'ns Inc. | 2014 WL 588035 | Saundra Brown Armstrong | February 14, 2014 | Contract | $ 7.500 | Lodestar | | Unknown at time 16 - 670 million | | $ 6.366 | 1.18 |
| 56 | De Mira v. Heartland Employment Serv., LLC | 2014 WL 1026282 (12-cv-04092-LHK) | Lucy H. Koh | March 3, 2014 | | $ 0.407 | CF | | $ 1.454 | 28% | $ 0.300 | 1.36 |
| 57 | Steinfeld v. Discover Fin. Servs. | 2014 WL 1309692 | Jeffrey S. White | March 31, 2014 | TCPA | $ 2.132 | CF | Lodestar | $ 8.700 | 25% | $ 0.621 | 3.50 |
| 58 | In re Apple iPhone/iPod Warranty Litigation | 40 F.Supp.3d 1176 | Richard Seeborg | April 14, 2014 | Breach of contract/consumer | $ 13.250 | CF | Lodestar | $ 53.000 | 25% | $ 6.580 | 2.01 |
| 59 | In re: High-tech Employee Antitrust Litig. | 2014 WL 10520478 | Lucy H. Koh | May 16, 2014 | Antitrust | $ 5.000 | CF | Lodestar | $ 20.000 | 25% | >$5.000 | |
| 60 | In re High-tech Employee Atintrust Litig. | 2014 WL 10520478 (11-cv-2509-LHK) | Lucy H. Koh | May 16, 2014 | antitrust (ees) | $ 5.000 | CF ("courts have discretion to choose either") | | $ 20.000 | 25% | | |
| 61 | Trabakoolas v. Watts Water Techs., Inc., | 2014 WL 12641599 | William H. Orrick | August 5, 2014 | Products Liability | $ 5.750 | | | $ 23.000 | 25% | | |
| 62 | Rose v. Bank of Am. Corp. | 2014 WL 4273358 | Edward J. Davila | August 29, 2014 | TCPA | $ 2.403 | Lodestar | CF | $ 32.000 | 7.50% | $ 0.928 | 2.59 |
| 63 | Roberts v. Electrolux Home Prod., Inc. | 2014 WL 4568632 | Christina A. Snyder | September 11, 2014 | Products Liability | $ 8.000 | Lodestar | CF | $ 35.500 | 21% | $ 6.504 | 1.23 |
| 64 | In re Walgreen Co. Wage & Hour Litig. | 2014 WL 12853547 | Philip S. Gutierrez | October 3, 2014 | Wage & Hour | $ 6.440 | CF | Lodestar | $ 23.000 | 28% | $ 3.903 | 1.65 |
| 65 | Dyer v. Wells Fargo Bank, N.A. | 303 F.R.D. 326 | Jon S. Tigar | October 22, 2014 | employment contract | $ 3.639 | CF | Lodestar | $ 14.743 | 25% | #REF! | #REF! |
| 66 | Hernandez v. Children's Creative Learning Centers | 13-cv-2246-LHK | Lucy H. Koh | December 11, 2014 | wage and hour | $ 0.169 | CF | | $ 0.700 | 24.10% | $ 0.282 | 0.60 |
| 67 | Holman v. Experian Info. Sols., Inc. | 2014 WL 7186207 | Claudia Wilken | December 12, 2014 | FCRA | $ 2.111 | Lodestar | | $ 8.000 | 26% | $ 2.235 | 0.94 |
| 68 | Chao v. Aurora Loan Servs., LLC, No. C 10-3118 SBA, , at *1 (N.D. Cal. ) | 2015 WL 294823 | Saundra Brown Armstrong | January 21, 2015 | Breach of contract/consumer | $ 1.575 | CF | Lodestar | $ 5.250 | 30% | | |
| 69 | In re Magsafe Apple Power Adapter Litig. | 2015 WL 428105 | Edward J. Davila | January 30, 2015 | breach of contract | $ 1.762 | Lodestar | | $ 11.984 | 0.147029372 | $ 1.762 | 1.00 |
| 70 | Rieckborn v. Velti PLC | 2015 WL 468329 | William H. Orrick | February 3, 2015 | Securities | $ 2.375 | CF | Lodestar | $ 9.500 | 25% | $ 1.914 | 1.24 |
| 71 | Williamson v. Microsemi Corp. | 2015 WL 13650045 | Lucy H. Koh | February 19, 2015 | labor employment | | CF | | $ 2.350 | 25% | $ 0.322 | 1.80 |
| 72 | Miller v. Ghirardelli Chocolate Co. | 2015 WL 758094 | Laurel Beeler | February 20, 2015 | Consumer Fraud | $ 1.575 | CF | Lodestar | $ 5.250 | 30 | $ 1.711 | 0.92 |
| 73 | In re Google Referrer Header Privacy Litigation rev'd on other gounds | 87 F.Supp.3d 1122 | Edward J. Davila | March 31, 2015 | Data Breach | $ 2.125 | CF | Lodestar | $ 8.500 | 25% | $ 0.967 | 2.20 |
| 74 | Spears v. First Am. Eappraiseit | 2015 WL 1906126 | Ronald M. Whyte | April 27, 2015 | Real Estate Settlement Procedures Act (RESPA) | $ 2.645 | CF | Lodestar | $ 9.864 | 27% | $ 16.980 | 0.16 |
| 75 | Rose v. Bank of Am. Corp. | 2015 WL 1969094 | Edward J. Davila | May 1, 2015 | TCPA | $ 2.402 | CF | Lodestar | $ 32.083 | 7% | $ 1.396 | 1.72 |
| 76 | Barrera v. The Home Depot | 2015 WL 2437897 (12-cv-2015-LHK) | Lucy H. Koh | May 20, 2015 | labor employment | $ 0.375 | CF | | $ 1.500 | 25% | | 1.10 |

| # | Case | Citation | Judge | Date | Type | Fund ($M) | Method | Method2 | Fees ($K) | % | Lodestar ($M) | Mult |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 77 | Gutierrez v. Wells Fargo Bank, N.A. | 2015 WL 2438274 | William Alsup | May 21, 2015 | Unfair Business Practices | $ 18.526 | Lodestar | CF | $ 203.000 | 9% | $ 5.500 | 3.37 |
| 78 | In re Transpacific Passenger Air Transportation Antitrust Litig. | 2015 WL 3396829 | Charles R. Bryer | May 26, 2015 | Antitrust | $ 9.000 | CF | | $ 39.502 | 23% | $ 38.685 | 0.23 |
| 79 | Wakefield v. Wells Fargo & Co., No. 3:13-CV-05053 LB, , at *2 (N.D. Cal. ) | 2015 WL 3430240 | Laurel Beeler | May 28, 2015 | employment contract | $ 1.795 | CF | Lodestar | $ 7.420 | 24% | $ 2.171 | 0.83 |
| 80 | In re Omnivision Techs., Inc. Sec. Litig. | 2015 WL 3542413 | Ronald M. Whyte | June 5, 2015 | Securities | $ 2.675 | | | $ 12.500 | 21% | $ 4.619 | 0.58 |
| 81 | Willner v. Manpower Inc. | 2015 WL 3863625 | Jon S. Tigar | June 22, 2015 | Wage & Hour | $ 2.625 | CF | Lodestar | $ 8.750 | 30% | $ 1.251 | 2.10 |
| 82 | In re TracFone Unlimited Service Plan Litigation | 112 F.Supp.3d 993 | Edward M. Chen | July 2, 2015 | unfair trade practices | $ 5.000 | CF | Lodestar | $ 40.000 | 12.50% | $ 3.000 | 1.70 |
| 83 | Moore v. PetSmart, Inc. | 2015 WL 5439000 | Edward J. Davila | August 4, 2015 | Wage & Hour | $ 2.700 | CF | Lodestar | $ 10.000 | 27% | $ 2.850 | 1.30 |
| 84 | In re Adobe Systems Inc. Privacy Litigation | 13-cv-5226-LHK | Lucy H. Koh | August 13, 2015 | privacy | $ 1.180 | LS (Cal private att'y gen stat; d's offer to pay fees requested) | | | | $ 1.282 | |
| 85 | Seifi v. Mercedes-Benz USA, LLC, | 2015 WL 12952902 | Thelton E. Henderson | August 18, 2015 | breach of contract | $ 2.475 | CF | Lodestar | $ 25.203 | 9.84% | $ 1.884 | 1.28 |
| 86 | Galeener v. Source Refrigeration & HVAC, Inc., No. 3:13-CV-04960-VC, , at *1 (N.D. Cal. ) | 2015 WL 12977077 | Vince Chhabria | August 21, 2015 | Wage & Hour | $ 3.000 | CF | Lodestar | $ 10.000 | 33% | #REF! | 2.67 |
| 87 | Garibaldi v. Bank of Am., Nat'l Ass'n | 2015 WL 12977072 | Susan Illston | August 28, 2015 | Wage & Hour | $ 2.250 | CF | | $ 9.000 | 25% | | |
| 88 | In re High-Tech Employee Antitrust Litig. | 2015 WL 5158730 | Lucy H Koh | September 2, 2015 | Antitrust | $ 40.822 | Lodestar | CF | $ 415.000 | 9.80% | $ 18.700 | 2.50 |
| 89 | In re High-Tech Employee Antitrust Litig. | 2015 WL 5158730 (11-cv-02509-LHK) | Lucy H. Koh | September 2, 2015 | antitrust (ees) | | LS (% arbitrary, X too high, megafund, prior fee) | | $ 415.000 | 10.50% | | 2.50 |
| 90 | IN RE LINKEDIN USER PRIVACY LITIGATION | 309 F.R.D. 573 | Edward J. Davila | September 15, 2015 | Data Breach | $ 0.313 | CF | Lodestar | $ 1.250 | 25% | $ 0.381 | <1 |
| 91 | Noll v. eBay, Inc., , 601 (N.D. Cal. 2015) | 309 F.R.D. 593 | Edward J. Davila | September 15, 2015 | Breach of Contract | $ 1.600 | CF | Lodestar | $ 6.400 | 25% | $ 1.000 | 1.60 |
| 92 | Trosper v. Stryker Corp. | 2015 WL 5915360 | Lucy H. Koh | October 9, 2015 | wage and hour | $ 0.750 | CF | | $ 3.000 | 25% | $ 0.554 | 1.78 |
| 93 | Booth v. Strategic Realty Tr., Inc. | 2015 WL 6002919 | Jon S. Tigar | October 15, 2015 | Securities | $ 1.250 | CF | Lodestar | $ 5.000 | 25% | $ 1.438 | 0.87 |
| 94 | Hopwood v. Nuance Commc'ns, Inc. | 2015 WL 12941896 | Yvonne Gonzalez Rogers | October 28, 2015 | TCPA | $ 1.625 | CF | Lodestar | $ 9.245 | 18% | $ 0.739 | 2.20 |
| 95 | In re Celera Corp. Sec. Litig. | 2015 WL 7351449 | Edward J. Davila | November 20, 2015 | Securities | $ 4.950 | CF | Lodestar | $ 24.750 | 20% | $ 4.045 | 1.22 |
| 96 | Keller v. Nat'l Collegiate Athletic Ass'n | 2015 WL 8916392 | Claudia Wilken | December 15, 2015 | Right of Publicity | ~$18 | CF | | $ 60.000 | ~31% | | |
| 97 | Chavez v. PVH Corp. | 2015 WL 9258144 (13-cv-01797-LHK) | Lucy H. Koh | December 18, 2015 | wage and hour | | CF or LS | | $ 1.875 | 25% | $ 0.426 | 1.09 |
| 98 | Cancilla v. Ecolab, Inc. | 2016 WL 54113 | James Donato | January 5, 2016 | Wage & Hour | $ 1.875 | CF | Lodestar | $ 7.500 | 25% | $ 2.835 | 0.66 |
| 99 | Winans v. Emeritus Corp. | 2016 WL 107574 | Haywood S. Gilliam, Jr. | January 11, 2016 | Elder Abuse | $ 3.667 | CF | Lodestar | $ 13.000 | 27.20% | $ 2.687 | 1.36 |
| 100 | In re: Cathode Ray Tube (Crt) Antitrust Litig. | 2016 WL 183285 | Jon S. Tigar | January 14, 2016 | Antitrust | $ 38.235 | CF | Lodestar | $ 127.450 | 30% | $ 43.335 | 0.88 |

| # | Case | Citation | Judge | Date | Type | Fund ($M) | Method | Method 2 | Lodestar | % | Fee ($M) | Mult. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101 | In re TFT-LCD (Flat Panel) Antitrust Litig. | 2016 WL 7626230 | Susan Illston | January 22, 2016 | Antitrust | $ 3.772 | CF | Lodestar | $ 21.505 | 18% | | |
| 102 | McCabe v. Six Continents Hotels, Inc. | 2016 WL 491332 | Nathanael M. Cousins | February 8, 2016 | Unlawful Recording and Intercepting of Communications | $ 2.250 | CF | | $ 11.700 | 25% | | |
| 103 | Destefano v. Zynga, Inc. | 2016 WL 537946 | Jacqueline Scott Corley | February 11, 2016 | Securities | $ 5.750 | CF | | $ 23.000 | 25% | >$3 | 1.92 |
| 104 | Perkins v. Linkedin Corp. | 2016 WL 613255 | Lucy H. Koh | February 16, 2016 | Data Breach | $ 3.250 | CF | Lodestar | $ 13.000 | 25% | $ 2.243 | 1.45 |
| 105 | Perkins v. Linkedin Corp. | 2016 WL 613255 | Lucy H. Koh | February 16, 2016 | privacy (disclos.) | $ 3.250 | CF or LS | | $ 13.000 | 25% | $ 3.912 | 0.97 |
| 106 | Brown v. Hain Celestial Grp., Inc. | 2016 WL 631880 | Laurel Beeler | February 17, 2016 | False Advertising | $ 3.500 | Lodestar | CF | $7.5 million cash and $1.85 million in coupons | 37% | ~4.5 | <1 |
| 107 | Alexander v. Fedex Ground Package Sys., Inc. | 2016 WL 3351017 | Edward M. Chen | June 15, 2016 | Wage & Hour | $ 37.200 | CF | Lodestar | ~$173 | 16.40% | $ 12.400 | 3.00 |
| 108 | In re Vocera Commc'ns, Inc., Sec. Litig. | 2016 WL 8201593 | Edward M. Chen | July 29, 2016 | Securities | $ 2.250 | | | $ 9.000 | 25% | $ 5.145 | 0.44 |
| 109 | In re: Cathode Ray Tube (CRT) Antitrust Litigation | 2016 WL 4126533 | Jon S. Tigar | August 3, 2016 | antitrust | $ 158.606 | CF | Lodestar | $ 576.000 | 27.50% | $ 81.067 | 1.96 |
| 110 | In re Yahoo Mail Litig. | 2016 WL 4474612 | Lucy H. Koh | August 25, 2016 | Privacy | $ 4.000 | | | Injunctive relief only | | $ 3.912 | |
| 111 | In re Carrier IQ, Inc., Consumer Privacy Litig. | 2016 WL 4474366 | Edward M. Chen | August 25, 2016 | Privacy/Data Breach | $ 2.250 | CF | Lodestar | $ 9.000 | 25% | $ 4.000 | 0.56 |
| 112 | In re Yahoo Mail Litig. | 2016 WL 447462 | Lucy H. Koh | August 25, 2016 | privacy (scanning) | | LS (injunctive relief only) | | N/A | N/A | $ 3.912 | 0.97 |
| 113 | Ebarle v. Lifelock, Inc. | 2016 WL 5076203 | Haywood S. Gilliam, Jr. | September 20, 2016 | Consumer Fraud | $ 10.200 | CF | | Declined to conduct lodestar given the low percentage that fee award was of the CF | $ 68.000 | *12.6% | |
| 114 | Hendricks v. Starkist Co | 2016 WL 5462423 | Haywood S. Gilliam, Jr. | September 29, 2016 | False Advertising | $ 3.600 | CF | Lodestar | $ 12.000 | 30% | $ 1.584 | 2.27 |
| 115 | Bickley v. Schneider Nat'l Carriers, Inc. | 2016 WL 6910261 | Jeffrey S. White | October 13, 2016 | Wage & Hour | $ 9.333 | CF | Lodestar | $ 28.000 | 33% | $ 5.134 | 1.81 |
| 116 | In re: Volkswagen "Clean Diesel" Mktg., Sales Practices, & Prod. Liab. Litig. | 2016 WL 6248426 | Charles R. Breyer | October 25, 2016 | Consumer | $ 324.000 | CF | | $ 10,033.000 | 4% | | |
| 117 | In re Animation Workers Antitrust Litig. | 2016 WL 6663005 | Lucy H. Koh | November 11, 2016 | Antitrust | $ 4.730 | CF | Lodestar | $ 18.950 | 25% | $ 7.036 | 0.67 |
| 118 | In re Animation Workers Antitrust Litig. | 2016 WL 7230873 | Lucy H. Koh | November 11, 2016 | antitrust (ees) | | CF | | $ 18.950 | 25% | $ 7.036 | 0.67 |
| 119 | Hayes v. MagnaChip Semiconductor Corp. | 2016 WL 6902856 | Jon S. Tigar | November 21, 2016 | Securities | $ 5.875 | CF | | $ 23.500 | 25% | $ 2.436 | 2.40 |
| 120 | Villalpando v. Exel Direct Inc. | 2016 WL 7740854 | Joseph C. Spero | December 12, 2016 | Wage & Hour | $ 4.500 | Lodestar | CF | $ 13.500 | 33% | $ 4.309 | 1.05 |
| 121 | Jacobson v. Persolve, LLC | 2016 WL 7230873 | Lucy H. Koh | December 14, 2016 | FDCPA | | LS (stat) | | $ 0.008 | | $ 0.152 | 1.00 |
| 122 | IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | 2016 WL 7364803 | Richard Seeborg | December 19, 2016 | Antitrust | $ 31.125 | CF | Lodestar | $ 124.500 | 25% | $ 24.200 | 1.29 |
| 123 | Allagas v. BP Solar Int'l, Inc. | 2016 WL 9114162 | Susan Illston | December 22, 2016 | Products Liability | ~$11 | CF | Lodestar | $ 65.330 | ~16-23% | ~$7.22 | 1.52 |

| # | Case | Citation | Judge | Date | Type | Fund ($M) | Method | Method 2 | Lodestar ($M) | % | Fee ($M) | Mult |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 124 | Alvarez v. Farers Insurance Exchange | No. 14-cv-00574-WHO, 2017 WL 2214585 (N.D. Cal. Jan. 18, 2017) | William Orrick | January 18, 2017 | Wage & Hour | $ 1.225 | CF | Lodestar | $ 4.900 | 25% | $ 2.317 | |
| 125 | Viceral v. Mistras Group, Inc. | No. 15-cv-02198-EMC, 2017 WL 661352 (N.D. Cal. Feb. 17, 2017) | Edward Chen | February 17, 2017 | FLSA | $ 1.197 | Lodestar | CF | $ 6.000 | | $ 1.330 | |
| 126 | Johnson v. Quantum Learning Ntwk, Inc. | 2017 WL 747462 (15-cv-05013-LHK) | Lucy H. Koh | February 27, 2017 | FLSA | $ 0.112 | CF | | $ 0.400 | 28% | $ 0.112 | |
| 127 | In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation | MDL No. 2672 CRB (JSC), 2017 WL 1047834 (N.D. Cal. Mar. 17, 2017) | Charles Breyer | March 17, 2017 | Products Liability | $ 167.000 | CF | Lodestar | $ 10,033.000 | 1.70% | $ 63.500 | 2.63 |
| 128 | Huynh v. Housing Auth. of County of Santa Clara | 2017 WL 1050539 (14-cv-02367-LHK) | Lucy H. Koh | March 17, 2017 | public housing | $ 0.617 | LS only (stat, separate fund, ltd by K) | | $ 3.200 | | $ 1.126 | |
| 129 | In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation | MDL No. 2672 CRB (JSC), 2017 WL 2178787 (N.D. Cal. May 17, 2017) | Charles Breyer | May 17, 2017 | Products Liability | $ 51.000 | CF | Lodestar | $ 327.500 | 15.60% | $ 27.970 | 2.32 |
| 130 | Nitsch v. Dreamworks Animation SKG Inc. | 2017 WL 2423161 (14-cv-04062-LHK) | Lucy H. Koh | June 5, 2017 | antitrust (ees) | $ 18.538 | LS (superior to CF = % arbitrary, X too high) | | $ 168.950 | 11% | $ 9.269 | 2.00 |
| 131 | Slezak v. City of Palo Alto | 2017 WL 2688224 (16-cv-03224-LHK) | Lucy H. Koh | June 22, 2017 | FLSA | $ 0.047 | LS only (separate fund, stat) | | $ 0.118 | N/A | $ 0.082 | 0.57 |
| 132 | Edwards v. National Milk Producers Federaltion | No. 11-cv-04766-JSW, 2017 WL 3616638 (N.D. Cal. Jun. 26, 2017) | Jeffrey White | June 26, 2017 | Antitrust | $ 13.000 | CF | Lodestar | $ 52.000 | 25% | $ 6.471 | 2 |
| 133 | In re Capacitors Antitrust Litigation | No. 14-cv-03264-JD, 2017 WL 9613950 (N.D. Cal. June 27, 2017) | James Donato | June 27, 2017 | Antitrust | $ 8.150 | CF | Lodestar | $ 32.600 | 25% | $ 44.445 | |
| 134 | Mata v. Manpower Inc. | 2017 WL 7035754 (14-cv-03787-LHK) | Lucy H. Koh | July 24, 2017 | | $ 0.750 | CF | | $ 1.875 | 25% | $ 1.320 | 0.55 |
| 135 | Campbell v. Facebook, Inc. | No. 13-cv-05996-PJH, 2017 WL 3581179 (N.D. Cal. Aug. 18, 2017) | Phyllis Hamilton | August 18, 2017 | Privacy/ECPA | $ 3.890 | Lodestar | | *no common fund because the certified class was injunctive relief only and monetary damages were not at issue* | | | 0.497 |
| 136 | Ridgeway v. Wal-Mart Stores, Inc. | No. 08-cv-05221-SI, 269 F.Supp. 3d 975 (N.D. Cal. 2017) | Susan Illston | September 14, 2017 | Minimum Wage | $ 15.200 | CF | Lodestar | $ 60.800 | 25% | $ 6.492 | 2 |
| 137 | Quezada v. Con-Way Freight | No. 10-cv-00100-JSW, 2017 WL 6949286 (N.D. Cal. Sept. 29, 2017) | Jeffrey White | September 29, 2017 | Wage & Hour | $ 1.117 | CF | Lodestar | | 33.33% | | |
| 138 | Rainbow Business Solutions v. MBF Leasing, LLC | No. 10-cv-01993-CW, 2017 WL 6017844 (N.D. Cal. Dec. 5, 2017) | Claudia Wilken | December 5, 2017 | RICO, Breach of Contract, Fraud, Negligent Misrepresentaition | $ 1.600 | Lodestar | CF | $ 18.600 | 8% | $ 5.062 | 0.36 |
| 139 | In re National Collegiate Athletic Association Antitrust Litigation | No. 4:14-md-2541-CW, 2017 WL 6040065 (N.D. Cal. Dec. 6, 2017) | Claudia Wilken | December 6, 2017 | Antitrust | $ 41.733 | CF | Lodestar | $ 208.664 | 20% | $ 11.398 | 3.66 |

| # | Case | Citation | Judge | Date | Type | Fees | Method | Cross-check | Fund | % | Lodestar | Multiplier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 140 | Reyes v. Bakery and Confectionery Union and Industry International Pension Fund | No. 14-cv-05596-JST, 281 F.Supp. 3d 833 (N.D. Cal. 2017) | Jon Tigar | December 28, 2017 | ERISA/PPA | $ 2.556 | CF | Lodestar | $ 10.225 | 25% | $ 1.447 | 1.77 |
| 141 | Roberts v. Marshalls of CA, LLC | No. 13-cv-04731-MEJ, 2018 WL 510286 (N.D. Cal. Jan. 23, 2018) | MJ Maria-Elena James | January 23, 2018 | Wage & Hour | $ 2.550 | Lodestar | CF | $ 8.500 | 30% | $ 1.537 | 1.65 |
| 142 | Lucero v. Solarcity Corp. | No. 15-cv-05107-RS, 2018 WL 573593 (N.D. Cal. Jan. 26, 2018) | Richard Seeborg | January 26, 2018 | TCPA | $ 4.500 | CF | No mention of cross-check | $ 15.000 | 30% | N/A | |
| 143 | Matera v. Google Inc. | 15-cv-04062-LHK (Doc. 102) | Lucy H. Koh | February 9, 2018 | privacy (scanning) | $ 2.200 | LS (injunctive relief only) | | N/A | N/A | $ 2.062 | 1.07 |
| 144 | Hatamian v. Advanced Micro Devices, Inc. | No. 4:14-cv-00226-YGR, 2018 WL 8950656 (N.D. Cal. Mar. 2, 2018) | Yvonne Rogers | March 2, 2018 | Securities | $ 7.375 | CF | Lodestar | $ 29.500 | 25% | $ 31.123 | |
| 145 | Patel v. Trans Union, LLC | No. 14-cv-005220LB, 2018 WL 1258194 (N.D. Cal. Mar. 11, 2018) | MJ Laurel Beeler | March 11, 2018 | FCRA | $ 2.667 | CF | Lodestar | $ 8.000 | 33.33% | $ 1.274 | |
| 146 | Luna v. Marvell Technology Group | No. C 15-05447-WHA, 2018 WL 1900150 (Apr. 20, 2018) | William Alsup | April 20, 2018 | Securities | $ 13.602 | Lodestar | N/A | $ 72.500 | | $ 6.801 | 2 |
| 147 | In re Uber FCRA Litigation | No. 14-cv-05200-EMC, 2018 WL 2047362 (N.D. Cal. May 2, 2018) | Edward Chen | May 2, 2018 | FCRA | $ 2.026 | CF | Lodestar | $ 8.102 | 25% | $ 3.166 | |
| 148 | Acosta v. Frito-Lay, Inc. | No. 15-cv-02128-JSC, 2018 WL 2088278 (N.D. Cal. May 4, 2018) | Jacqueline Corley | May 4, 2018 | Fair Wage | $ 1.625 | CF | Lodestar | $ 6.500 | 25% | $ 0.838 | 1.94 |
| 149 | Johnson v. Fujitsu Technology and Business of America, Inc. | No. 16-cv-03698-NC, 2018 WL 2183253 (N.D. Cal. May 11, 2018) | Nathanael Cousins | May 11, 2018 | ERISA | $ 3.500 | CF | Lodestar | $ 14.000 | 25% | $ 0.798 | 4.375 |
| 150 | Thomas v. MagnaChip Semiconductor Corp. | No. 14-cv-01160-JST, 2018 WL 2234598 (N.D. Cal. May 15, 2018) | Jon Tigar | May 15, 2018 | Securities | $ 1.550 | CF | lodestar | $ 6.200 | 25% | $ 2.188 | 0.71 |
| 151 | Fronda v. Staffmark Holdings, Inc. | No. 15-cv-02315-MEJ, 2018 WL 2463101 (N.D. Cal. June 1, 2018) | Maria-Elena James | June 1, 2018 | Wage & Hour | $ 1.867 | Lodestar | CF | $ 5.600 | 33.33% | $ 0.685 | 2.66 |
| 152 | In re Sony PS3 "Other OS" Litigation | No. 10-cv-01811-YGR, 2018 WL 2763337 (N.D. Cal. June 8, 2018) | Yvonne Rogers | June 8, 2018 | Consumer Protection | $ 1.250 | Lodestar | CF | $ 5.531 | 22.60% | $ 3.327 | 0.375 |
| 153 | Ashker v. Cole | No. 09-cv-05796-CW, 2018 WL 3108924 (N.D. Cal. June 25, 2018) | MJ James | June 25, 2018 | Civil Rights | $ 1.032 | Lodestar | | No Common Fund | | $ 1.620 | 0 |
| 154 | Des Roches v. California Phys. Serv. | 16-cv-2848-LHK | Lucy H. Koh | July 5, 2018 | insurance | $ 1.988 | CF (notice to class capped to requested fees) | | $ 7.000 | 28.40% | $ 7.400 | 0.27 |
| 155 | In re Anthem Data Breach Litig. | 2018 WL 3960068 (15-md-02617-LHK) | Lucy H. Koh | August 17, 2018 | data breach | $ 31.050 | CF | | $ 115.000 | 27% | $ 31.027 | 1.00 |
| 156 | Rodman v. Safeway, Inc. | No. 11-cv-03003-JST, 2018 WL 4030558 (N.D. Cal. Aug. 23, 2018) | Jon Tigar | August 23, 2018 | Breach of contract | $ 11.850 | CF | Lodestar | $ 42.321 | 28% | $ 6.782 | 1.7472 |
| 157 | In re Yahoo! Securities Litigation | 17-cv-1525-LHK 17-cv-373-LHK | Lucy H. Koh | September 7, 2018 | PSLRA | $ 14.400 | CF | | $ 80.000 | 18% | $ 7.200 | 2.00 |

| # | Case | Citation | Judge | Date | Type | Fund ($M) | Method | Cross-check | Lodestar ($) | % | Fee ($M) | Mult. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 158 | In re Lioderm Antitrust Litigation | No. 14-md-02521-WHO, 2018 WL 4620695 (N.D. Cal. Sept. 20, 2018) | William Orrick | September 20, 2018 | Antitrust | $ 34.916 | CF | Lodestar | $ 480.000 | 33.33% | $ 25.560 | 1.37 |
| 159 | In re Capacitors Antitrust Litigation | No. 3:17-md-02801-JD, 2018 WL 4790575 (N.D. Cal. Sept. 21, 2018) | James Donato | September 21, 2018 | Antitrust | $ 16.725 | CF | Lodestar | $ 66.900 | 25% | $ 77.764 | 4 |
| 160 | Banerjee v. Avinger, Inc. | No. 17-cv-3400-CW, 2018 WL 6040194 (N.D. Cal. Oct. 24, 2018) | Claudia Wilken | October 24, 2018 | Securities | $ 1.500 | Lodestar | CF | $ 5.000 | 30% | $ 1.593 | 0.94 |
| 161 | In re Lithium Ion Batteries Antitrust Litigation | No. 13-MD-2420-YGR, 2017 WL 4872978 (N.D. Cal. Oct. 27, 2017) | Yvonne Rogers | October 27, 2018 | Antitrust | $ 4.495 | | | $ 44.950 | 10% | | |
| 162 | Sheikh v. Tesla, Inc. | No. 17-cv-02193-BLF, 2018 WL 5794532 (N.D. Cal. Nov. 2, 2018) | Beth Labson Freeman | November 2, 2018 | Consumer Protection | $ 0.961 | CF | Lodestar | $ 5.400 | 17.70% | | 2.36 |
| 163 | Etter v. Allstate Insurance Company | No. C 17-00184-WHA, 2018 WL 5791883 (N.D. Cal. Nov. 4, 2018) | William Alsup | November 4, 2018 | TCPA | $ 1.593 | Lodestar | CF | $ 6.533 | 25% | $ 0.629 | 2.53 |
| 164 | del Toro Lopez v. Uber Technologies, Inc. | No. 17-cv-06255-YGR 2018 WL 5982506 (N.D. Cal. Nov. 14, 2018) | Yvonne Rogers | November 14, 2018 | FLSA | $ 2.500 | CF | Lodestar | $ 10.000 | 25% | $ 0.856 | 2.9 |
| 165 | Outley v. Turner Contracting, Inc. | 17-cv-03465-LHK | Lucy H. Koh | November 19, 2018 | FLSA | $ 0.338 | N/A | | $ 1.200 | 28.19% | $ 0.338 | |
| 166 | Ledo v. Prado | 17-cv-02393-LHK | Lucy H. Koh | December 6, 2018 | FLSA | $ 0.068 | N/A | | $ 0.275 | 25% | | |
| 167 | Hefler v. Wells Fargo & Company | No. 16-cv-05479-JST, 2018 WL 6619983 (N.D. Cal. Dec. 18, 2018) | Jon Tigar | December 18, 2018 | Securities | $ 95.900 | CF | Lodestar | $ 480.000 | 20% | $ 29.504 | 3.22 |
| 168 | Fowler v. Wells Fargo Bank, N.A. | No. 17-cv-02092-HSG, 2019 WL 330910 (N.D. Cal. Jan. 25, 2019) | Haywood Gilliam, Jr. | January 25, 2019 | HUD violations | $ 7.500 | CF | Lodestar | $ 30.000 | 25% | $ 2.168 | 3.46 |
| 169 | McLeod v. Bank of America, N.A. | No. 16-cv-03294-EMC, 2019 WL 1170487 (N.D. Cal. Mar. 13, 2019) | Edward Chen | March 13, 2019 | Labor Code violations | $ 3.000 | CF | Lodestar | $ 7.552 | 27.20% | $ 0.885 | 3.5 |
| 170 | Giroux v. Essex Property Trust, Inc. | No. 16-cv-01722-HSG, 2019 WL 1207301 (N.D. Cal. Mar. 14, 2019) | Haywood Gilliam, Jr. | March 14, 2019 | Data Breach | $ 0.140 | Lodestar | | $ 1.600 | | $ 0.152 | |
| 171 | Free Frange Content, Inc. v. Google, LLC | No. 14-cv-02329-BLF, 2019 WL 1299504 (N.D. Cal. Mar. 21, 2019) | Beth Labson Freeman | March 21, 2019 | Breach of contract | $ 2.750 | CF | Lodestar | $ 11.000 | 25% | | 1.21 |
| 172 | Chavez v. Adidas America, Inc. | 16-cv-06533-LHK | Lucy H. Koh | April 19, 2019 | Labor Employment | $ 0.375 | CF | | $ 1.500 | 25% | $ 0.311 | 1.21 |
| 173 | Hoffman v. G&K Services, LLC | 17-cv-04465-LHK | Lucy H. Koh | April 25, 2019 | labor employment | $ 0.180 | CF | | $ 0.650 | 27.80% | $ 0.180 | 0.97 |
| 174 | In re Chrysler-Dodge-Jeep Ecodisel Marketing, Sales Practices, and Products Liability Litigation | No. 17-md-02777-EMC, 2019 WL 2554232 (N.D. Cal. May 3, 2019) | Edward Chen | May 3, 2019 | Products Liability | $ 59.000 | CF and Lodestar | CF and Lodestar | Not stated | | | |

| # | Case | Citation | Judge | Date | Type | Requested | | Method | | Awarded | % | Cross-check | Multiplier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 175 | In re: Volkswagen "Clean Dielsel" Marketing, Sales Practices, and Products Liability Litigation | MDL No. 2672 CRB (JSC), 2019 WL 2077847 (N.D. Cal. May 10, 2019) | Charles Breyer | May 10, 2019 | Products Liability - MDL | $ | 11.920 | CF | Lodestar | $ | 48.000 | 25% | | 1.59 |
| 176 | Congdon v. Uber Technologies, Inc. | No. 16-cv-02499-YGR, 2019 WL 2327922 (N.D. Cal. May 31, 2019) | Yvonne Rogers | May 31, 2019 | Breach of Contract | $ | 1.252 | Lodestar | CF | $ | 1.850 | 68% | $ 1.252 | 0 |
| 177 | In Re HP Printer Firmware Update Litigation | No. 5:16-cv-05820-EJD, 2019 WL 2716287 (N.D. Cal. June 28, 2019) | Edward Davilla | June 28, 2019 | Consumer Protection | $ | 1.773 | Lodestar | CF | | | | $ 2.958 | |
| 178 | Wilson v. Tesla, Inc. | No. 17-cv-03763-JSC, 2019 WL 2929988 (N.D. Cal. July 8, 2019) | Jacqueline Corley | July 8, 2019 | Wage & Hour | $ | 0.161 | Lodestar | CF | $ | 1.060 | | $ 0.161 | 0 |
| 179 | Bisaccia v. Revel Systems Inc. | No. 17-cv-02533-HSG, 2019 WL 3220275 (N.D. Cal. July 17, 2019) | Haywood Gilliam, Jr. | July 17, 2019 | FLSA | $ | 0.688 | CF | Lodestar | $ | 2.750 | 25% | $ 0.308 | 2.23 |
| 180 | In re Extreme Networks, Inc. Securities Litigation | No. 15-cv-04883-BLF, 2019 WL 3290770 (N.D. Cal. July 22, 2019) | Beth Labson Freeman | July 22, 2019 | Securities | $ | 1.750 | CF | Lodestar | $ | 7.000 | 25% | $ 3.261 | 0.53 |
| 181 | Edenborough v. ADT, LLC | No. 16-cv-02233-JST, 2019 WL 4164731 (N.D. Cal. July 22, 2019) | Jon Tigar | July 22, 2019 | Consumer Protection | $ | 4.000 | CF | Lodestar | $ | 16.000 | 25% | $ 3.136 | 1.3 |
| 182 | Health v. Google LLC | No. 15-cv-01824-BLF, 2019 WL 3842075 (N.D. Cal. Aug. 15, 2019) | Beth Labson Freeman | August 15, 2019 | ADEA | $ | 2.750 | CF | Lodestar | $ | 11.000 | 25% | $ 2.443 | 1.13 |
| 183 | In re Lithium Ion Batteries Antitrust Litigation | No. 4:13-md-0242-YGR (MDL), 2019 WL 3856413 (N.D. Cal. Aug. 16, 2019) | Yvonne Rogers | August 16, 2019 | Antitrust | $ | 29.334 | CF | Lodestar | $ | 133.450 | 30% | $ 41.458 | 0.82 |
| 184 | Abante Rooster and Plumbing, Inc. v. Pivotal Payments Inc. | No. 3:16-cv-05486-JCS, 2018 WL 8949777 (N.D. Cal. Oct. 15, 2018) | MJ Joseph Spero | September 21, 2019 | TCPA | $ | 1.800 | CF | Lodestar | | | 20% | $ 663.641 | 2.7 |
| 185 | In re Wells Fargo & Co. Shareholder Derivative Litigation | No. 16-cv-05541-JST, 2019 WL 5458022 (N.D. Cal. Oct. 24, 2019) | Jon Tigar | October 24, 2019 | Derivative Action | Deferred decision | | | | Deferred decision | | | | |
| 186 | In re Nexus 6P Products Liability Litigation | No. 17-cv-02185-BLF, 2019 WL 6622842 (N.D. Cal. Nov. 12, 2019) | Beth Labson Freeman | November 12, 2019 | Products Liability | $ | 2.925 | CF | Lodestar | $ | 9.750 | 30% | $ 3.848 | 0.76 |
| 187 | In re Transpacific Passenger Air Transportation Antitrust Litigation | No. 3:07-cv-05634-CRB, 2019 WL 6327363 (N.D. Cal. Nov. 26, 2019) | Charles Breyer | November 26, 2019 | Antitrust | $ | 14.127 | CF | Lodestar | $ | 56.506 | 25% | $ 18.647 | |
| 188 | Knapper v. Cox Communications | 2:17-cv-00913-SPL | Steven G. Logan | December 13, 2019 | TCPA | $ | 3.010 | CF | | $ | 10.750 | 28% | | |
| 189 | Caudle v. Sprint/United Management Company | No. C 17-06874 WHA, 2019 WL 6841239 (N.D. Cal. Dec. 16, 2019) | William Alsup | December 16, 2019 | Wage & Hour | $ | 0.900 | CF | Lodestar | $ | 4.000 | 22.50% | $ 0.444 | 2 |
| 190 | Raquedan v. Centerplate of Delaware Inc. | 17-cv-3828-LHK | Lucy H. Koh | December 16, 2019 | labor employment | $ | 1.363 | CF | | $ | 5.450 | 25% | $ 0.666 | 2.05 |

| # | Case | Citation | Judge | Date | Type | Settlement | Method | Method | Fees | % | Lodestar | Multiplier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 191 | In re Myford Touch Consumer Litigation | No. 13-cv-03072 EMC, 2019 WL 6877477 (N.D. Cal. Dec. 17, 2019) | Edward Chen | December 17, 2019 | Consumer Protection | $ 10.199 | CF/Lodestar | CF/Lodestar | $ 33.000 | 31% | $ 31.446 | 0.32 |
| 192 | Corzine v. Whirlpool Corporation | No. 15-cv-05764-BLF, 2019 WL 7372275 (N.D. Cal. Dec. 31, 2019) | Beth Labson Freeman | December 31, 2019 | Products Liability | $ 1.823 | Lodestar | CF | $ 12.950 | 9% | | 1.86 |
| 193 | Esparza v. Smartpay Leasing, Inc. | No. C 17-03421 WHA, 2020 WL 465865 (N.D. Cal. Jan. 28, 2020 | William Alsup | January 28, 2020 | TCPA | $ 2.000 | CF | Lodestar | $ 8.569 | 23% | $ 0.914 | 2.19 |
| 194 | Bronson v. Samsung Elec. America | 2020 WL 1503662 | William Alsup | March 30, 2020 | Consumer Protection | $ 487,000.000 | | | | | $ 1.400 | 0.34 |
| 195 | Deleon v. Ricoh USA | 2020 WL 1531331 | Jacqueline Scott Corley, USMJ | March 31, 2020 | FLSA | $ 504,033.000 | | | $ 2.200 | 25% | | 1.09 |
| 196 | In re Wells Fargo | 445 F.Supp.3d 508 | Jon Tigar | April 2, 2020 | Shareholder | | | | $ 240.000 | 22% | $ 19.617 | 2.70 |
| 197 | Uschold.v NSMG Shared Svs | 2020 WL 3135776 | Jacqueline Scott Corley, USMJ | June 6, 2020 | FLSA | | CF | Lodestar | $ 2.200 | 12.90% | $ 70.693 | 4.00 |
| 198 | Conlotti c. ASUS Comp. It'l | 2020 WL 3414653 | Donna M. Rye, USMJ | June 22, 2020 | Consumer Protection | | Lodestar | CF | $ 21.300 | approx. 25% | $ 0.847 | 0.91 |
| 199 | In re Yahoo! Cusomer Data Sec. Breach Litig. | No. 16-MD-02757-LHK; 20220 WL 42112811 | Lucy Koh | July 22, 2020 | Data Breach | $ 22.763 | Lodestar | CF | $ 117.500 | 19.40% | $ 22.069 | 1.15 |
| 200 | Nevarez v. Forty Niners Football Co. | 2020 WL 4226517 | Lucy Koh | July 23, 2020 | ADA | $ 12.250 | Lodestar | CF | $ 24.000 | | $ 11.600 | 1.12 |
| 201 | Deluca Farmers Insurance Exchange | 2020 WL 5071700 | Thomas Hixon, USMJ | August 24, 2020 | FLSA | $ 1.600 | CF | Lodestar | | 30% | | 1.24 |