# Exhibit 5

**All dollar amounts are in millions**

| # | Case Name | Cite | Judge | Fee Order Date | Case Type | Fee $ Approved | Primary Calculation Method | Cross-Check Method | Common Fund $ | % of Common Fund Approved | Lodestar $ | Multiplier Approved |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | In re TD Ameritrade Account Holder Litigation | 2011 WL 4079226 | Saundra Brown Armstrong | September 13, 2011 | Data Breach | $ 0.500 | CF | Lodestar | $2.5-6.5 | 7.70% | $ 1.295 | <1 |
| 2 | In re Netflix Privacy Litig. | 2013 WL 1120801 | Edward J. Davila | March 18, 2013 | Data Breach | $ 2.250 | CF | Lodestar | $ 9.000 | 25% | $ 1.352 | 1.66 |
| 3 | In re Google Referrer Header Privacy Litigation rev'd on other gounds | 87 F.Supp.3d 1122 | Edward J. Davila | March 31, 2015 | Data Breach | $ 2.125 | CF | Lodestar | $ 8.500 | 25% | $ 0.967 | 2.20 |
| 4 | In re LinkedIn User Privacy Litigation | 309 F.R.D. 573 | Edward J. Davila | September 15, 2015 | Data Breach | $ 0.313 | CF | Lodestar | $ 1.250 | 25% | $ 0.381 | <1 |
| 5 | Perkins v. Linkedin Corp. | 2016 WL 613255 | Lucy H. Koh | February 16, 2016 | Data Breach | $ 3.250 | CF | Lodestar | $ 13.000 | 25% | $ 2.243 | 1.45 |
| 6 | Giroux v. Essex Property Trust, Inc. | 2019 WL 1207301 | Haywood Gilliam, Jr. | March 14, 2019 | Data Breach | $ 0.140 | Lodestar | | $ 1.600 | | $ 0.152 | |
| 7 | In re Anthem Data Breach Litig. | 2018 WL 3960068 | Lucy H. Koh | August 17, 2018 | Data Breach | $ 31.050 | CF | | $ 115.000 | 27 | $ 31.027 | 1.00 |
| 8 | In re Yahoo Customer Data Sec. Litig | 2020 WL 42112811 | Lucy H. Koh | July 22, 2020 | Data Breach | $22.76 | Lodestar | CF | $ 117.50 | 19.4 | $22.07 | 1.15 |