# JUSTIA

GEORGIA DEPARTMENT OF CORRECTIONS

**Case Number:**

5:2015cv00112

**Filed:**

March 30, 2015

*FILED*
*CV-18 -6164 -EJD   SEP 2 1 2020*
*SUSAN Y. SOONG*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

**Court:**

US District Court for the Middle District of Georgia

**Office:**

Macon Office

*SCANNED*

**County:**

Butts

**Referring Judge:**

STEPHEN HYLES

**Presiding Judge:**

MARC THOMAS TREADWELL

**Nature of Suit:**

Prison Condition

**Cause of Action:**

42:1983

**Jury Demanded By:**

None

📶 Follow case documents by RSS

## Available Case Documents

≡ JUSTIA

# BACON v. GEORGIA DEPARTMENT OF CORRECTIONS

**Plaintiff:**
FRANKLIN LAMAR BACON

**Defendant:**
GEORGIA DEPARTMENT OF CORRECTIONS

**Case Number:**
5:2015cv00112

**Filed:**
March 30, 2015

**Court:**
US District Court for the Middle District of Georgia

**Office:**
Macon Office

**County:**
Butts

**Referring Judge:**
STEPHEN HYLES

**Presiding Judge:**
MARC THOMAS TREADWELL

**Nature of Suit:**
Prison Condition



# JUSTIA

**Filing 25**

ORDER dismissing this complaint without prejudice. Signed by Judge B. Avant Edenfield on 5/10/2012. (loh)

Download PDF

1 / 3



Plaintiff,

v.

**GEORGIA DEPARTMENT OF CORRECTIONS;** Warden FRAZIER; Warden WILLIAMS; Deputy Warden JOHNSON; Ms. COOPER; Ms. HOLLOWAY; Dr. KINDRIX; Ms. DEES; Dr. CHANEY; Ms. YAWN; and Lt. WEST,

Defendants.

Plaintiff Franklin Lamar Bacon

# GOOGLE PLUS PROFILE LITIGATION

CASE NO. 5:18-CV-06164-EJD (VKD)

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**MENU**

## Your Exclusion Request has been submitted successfully.

You will receive momentarily an email confirmation with the information belo[w]. You may also *print* this page for your rec[ords]




People also view

Google Lawsuit Email : Google Plus Data

To whom this may concern:

It's so unfair for someone to have access to your personal life, especially when they tell you that you have a job and you are behind on things. Not knowing what to do in a situation like this. I was stripped from my father at an early age and grew up thinking someone else was my biological parents was quite a terrible experience for me. I never been able to do things I really want to do in life because I never had the attention focused on me as a child. However, things begin to change a little when I met my Aunt Debra and Uncle Errol Stewart. For once in my life I could see hope and success for a better life in my future.

During my earlier stages of life, I ran into friends that didn't mean me any good, but my granddad Willie James Alston taught me how to stand up for myself and do the right thing. I realized all I really needed was for someone to love me unconditionally and give me a since of hope and belonging. My kids mean the world to me. I just want to teach them how to do the right things. I realize I may be my "Father's Son" but I also know God has gotten me through so many obstacles in my life. I've sat and cried so many nights and shedded so many tears. However, I brought so much joy and happiness to other people with them not knowing the pain I was carrying inside.

Most times I have been judge until you hear my voice. I'm aware that I have done some bad/childish things in my life, but that doesn't make me unworthy and a criminal. I want to be treated fairly and with equality. Being on this long journey, I can proudly say that I raised myself to do the right thing. My intentions are good, and if I voted for Donald Trump SSN# ending in *** - 86 – 2209 it is NOT my vote.

Sincerely,

Moleek A. Alston

*Moleek A. Alston*



**CERTIFICATION OF VITAL RECORD**

STATE OF NEW JERSEY
DEPARTMENT OF HEALTH

This is to certify that the following is correctly copied from a record on file in my office.

NAME OF CHILD
MOLEEK A BACON

PLACE OF BIRTH
NEWARK CITY

SEX: M
DATE OF BIRTH: 02/02/89

COUNTY OF BIRTH
ESSEX

STATE FILE NUMBER
6998945

DATE FILED WITH LOCAL REGISTRAR 02/8_
1898 1977711

DATE ISSUED: 0_/17/90

Charles A. Hart_
State Registrar of Vital Statistics

Certification not valid unless raised seal of the Department of Health is affixed.