Pg #1

Re: Google Plus Data Litigation

Re: Google Plus Profile Litigation

☆ Case #No: 5:18-CV-06164-EJD (VKD)

United States District Court Northern District of California

RECEIVED
OCT 05 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

☆ Attn: Settlement Objections
P.O. Box 58220
Philadelphia, PA, 19102

☆ Attn: Settlement Administration
info@GooglePlusDataLitigation.com
Office of the Clerk of the Court
for the Nortern District of CA
280 South 1st Street 2nd Floor
San Jose, CA 95113
For: (final approval Hearing Settlement
Nov. 19, 2020 in San Jose Courthouse
Courtroom 4, 5th Floor (address above)

☆ Greetings: Honorable Edward J. Davila
of the U.S. District Court
for the Northern District of California

→ Anna Coulter
My name is: Anna Marie Coulter
name AKA: Free Angel on Google/YouTube/YouTube
was on Google+   Twitter/Facebook/Music



Pg #2

Case NO: 5:18-CV-06164-EJD (VKD)

[REDACTED] Anna M. Coulter / AKA Free Angel

I am submitting my Settlement Objection to you. I have been contacted by Google+ that I am eligible for a cash settlement of $12.00 no more the $1,500.00 at the most. object → I object to the amount to be given to everybody and that $1,500.00 should be the most anybody gets. I do not wish to personally sue Google+. I need them to help me share my original songs with the World. I am a BMI Publisher and singer, SongWriter. I was harmed by the software bugs between 2015 and 2018 and app developers evidently accessed my profile field info in which others put Pornograpy on my (Google+) Free Angel home page. That defamed my character and other Google+ users tried to use my page w Communities to advertize their nude bodies and sexual perversion that I opposed, Spammed and was harrassed with many scam artists. I did Block and Spammed them ASAP. I put only Christian music on my page. I am trying to give But my songs out all object → over the world on Radio + internet. → I also object to the high amount the Lawyers are being paid. That I would have to pay my own Lawyer.



Case No: 5:18-CV-06164-EJD (VKD) Pg 3

[redacted] Anna M. Coulter
(AKA) "Free Angel": was on Google Plus

☆ cont. Objection:

My daughter Bonny Marie Tennant has been the only other person that I have authorized to help manage my "Free Angel" YouTube, Google and Facebook pages besides me. She is a blessing.

☆ I should receive more money from this court case that most because of harrassment by pornstars pic's, and many scam calls and messages and Google Posts unauthorized by me on my site. Causing me Pain and suffering; defamed character; loss of creditibility; I have been an ordained minister for 38 years since 1982. I have not recieved any donations no record sales my friends and family have been shuning me and not calling and helping me like they used too. I have been harmed by the flaw in their system. Thank you very much helping me.
Coordially;

Anna Marie Coulter
(AKA "Free Angel"
(904) 994-2449

Please apply my Refund Funds to: Anna Coulter Netspend Reload Visa card

[redacted]



JACKSONVILLE FL 320
30 SEP 2020 PM 4 L

Office of The Clerk of The Court
for the Northern District of CA
280 South 1st Street 2nd Floor
San Jose, CA 95113



Ms. Anna Coulter
6533 Fincannon Rd
Jacksonville, FL 32277-1517

RECEIVED

OCT 05 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE