October 4, 2020



San Jose Courthouse
Courtroom 4, 5th Floor
280 South 1st Street
San Jose, CA 95113

To the Honorable Edward J. Davila of the U.S. District Court for the Northern District of California:

I have had my google account hacked a couple of times. My password has been changed by someone else other than myself. Therefore, my personal space has been infringed upon and I have been violated. I have been having lots of computer problems due to this hacking issue, to the point that even I or Apple sometimes can't fix some of my issues. My password issue seems to be getting worse. I'm continuously having to change my password because I can't get into my account, since someone keeps changing my password.

Therefore, I want to remain as part of this settlement.

Regards,

Eva Herner

Eva Herner
344 S Cobb Street, Unit C-6
Palmer, Alaska  99645
(907) 795-0135



ALASKAN FRONTIER 995
5 OCT 2020 PM 1 L



San Jose Courthouse
Courtroom 4, 5th Floor
280 South 1st Street
San Jose, CA 95113

Re: Case No. 5:18-CV-06-06164-EJD (VKD)



Ms. Eva Hernèr
Apt C6
344 S Cobb St
Palmer, AK 99645

RECEIVED
OCT 13 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE