JOHN A. YANCHUNIS (*pro hac vice*)
jyanchunis@forthepeople.com
RYAN J. McGEE (*pro hac vice*)
rmcgee@forthepeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone:   (813) 223-5505
Facsimile:   (813) 223-5402

Clayeo C. Arnold, SBN 65070
carnold@justice4you.com
Joshua H. Watson, SBN 238058
jwatson@justice4you.com
**CLAYEO C. ARNOLD**
**A PROFESSIONAL LAW**
**CORPORATION**
865 Howe Avenue
Sacramento, California 95825
Telephone:   (916) 777-7777
Facsimile:   (916) 924-1829

FRANKLIN D. AZAR (*pro hac vice*)
azarf@fdazar.com
MARGEAUX R. AZAR (*pro hac vice*)
azarm@fdazar.com
**FRANKLIN D. AZAR & ASSOCIATES, P.C.**
14426 East Evans Avenue
Aurora, Colorado 80014
Telephone:   (303) 757-3300
Facsimile:   (720) 213-5131

*Appointed Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE PLUS PROFILE LITIGATION | No. 5:18-CV-06164 (VKD) <br><br> **PLAINTIFFS' NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date:         November 19, 2020 <br> Time:        9:00 A.M. <br> Courtroom: 4 <br> Judge:       Hon. Edward J. Davila |

1     PLEASE TAKE NOTICE THAT on November 19, 2020, at 9:00 A.M., or on a later date
2  selected by the Court, Plaintiffs will and hereby do respectfully move the Court, in the courtroom
3  of the Honorable Edward J. Davila, Courtroom 4, on the 5th Floor of the United States District
4  Court for the Northern District of California, located at 280 South 1st Street, San Jose, California
5  95113, for an order finally approving the Settlement.
6     This Motion is based on the notice of the Motion, Plaintiffs' Motion for Final Approval of
7  Settlement, the contemporaneously filed Memorandum of Points and Authorities, the attached
8  declarations and exhibits, the arguments of counsel, the Motion for Preliminary Approval, and any
9  other matters in the record or that properly come before the Court.
10    Plaintiffs respectfully request that the Court grant Plaintiffs' Motion for Final Approval of
11 Settlement, and that the Court enter an Order that:
12    (1) Finally approves the Settlement Agreement and Release as fair, reasonable, and
13        adequate under Rule 23(e);
14    (2) Finally certifies the following Settlement Class under Fed. R. Civ. P. 23(b)(2) and
15        (b)(3):
16    (3) Finally appoints as representatives of the Class: Mat Matik, Zak Harris, Charles Olson,
17        and Eileen M. Pinkowski;
18    (4) Finally appoints as Class Counsel: John A. Yanchunis and Ryan J. McGee of the law
19        firm of Morgan & Morgan Complex Litigation Group; Clayeo C. Arnold and Joshua
20        H. Watson of the law firm of Clayeo C. Arnold Professional Law Corporation; and
21        Franklin D. Azar and Margeaux R. Azar of the law firm Franklin D. Azar & Associates,
22        P.C.;
23    (5) Finds the Notice plan as implemented satisfied Rule 23 and due process;
24    (6) Finally appoints Angeion Group as the Settlement Administrator; and
25    (7) Grants further relief as the Court deems just and proper.
26    Undersigned counsel further represents that this Notice, Plaintiffs' Motion for Final
27 Approval of Settlement, the contemporaneously filed Memorandum of Points and Authorities, and
28 the attached declarations and exhibits will be provided to the Claims Administrator and posted to

MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO: 5:18-CV-06164-EJD                                                                     - 1 -

1  the Settlement Website for review by the Class.

2  Dated: October 15, 2020                    */s/ John A. Yanchunis*

3                                             JOHN A. YANCHUNIS (*pro hac vice*)
                                               jyanchunis@forthepeople.com
4                                              RYAN J. McGEE (*pro hac vice*)
                                               rmcgee@forthepeople.com
5                                              **MORGAN & MORGAN
                                               COMPLEX LITIGATION GROUP**
6                                              201 N. Franklin Street, 7th Floor
                                               Tampa, Florida 33602
7                                              Telephone:     (813) 223-5505
                                               Facsimile:     (813) 223-5402
8

9                                              Clayeo C. Arnold, SBN 65070
                                               carnold@justice4you.com
10                                             Joshua H. Watson, SBN 238058
                                               jwatson@justice4you.com
11                                             **CLAYEO C. ARNOLD
                                               A PROFESSIONAL LAW
12                                             CORPORATION**
                                               865 Howe Avenue
13                                             Sacramento, California 95825
                                               Telephone:   (916) 777-7777
14                                             Facsimile:   (916) 924-1829
15

16                                             FRANKLIN D. AZAR (*pro hac vice*)
                                               azarf@fdazar.com
17                                             MARGEAUX R. AZAR (*pro hac vice*)
                                               azarm@fdazar.com
18                                             **FRANKLIN D. AZAR & ASSOCIATES,
                                               P.C.**
19                                             14426 East Evans Avenue
                                               Aurora, Colorado 80014
20                                             Telephone:     (303) 757-3300
                                               Facsimile:     (720) 213-5131
21

22                                             *Appointed Class Counsel*

23

24

25

26

27

28

MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO: 5:18-CV-06164-EJD                                                      - 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

Executed on October 15, 2020.

/s/ John A. Yanchunis
John A. Yanchunis