*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION*

*IN RE GOOGLE PLUS PROFILE LITIGATION*



*CIVIL ACTION No. 5:18-CV-06164 (VKD)*

<u>**OBJECTION**</u>

Steven F. Helfand has reviewed the class notice. He is a member of this class action settlement. Nobody can or has credibly claimed otherwise. HELFAND requests 10 minutes to address the Court at the scheduled Zoom hearing.

1. The notice is ineffectual so as to get claims. More information is required. The take rate must be disclosed. How many people are participating? The notice is inadequate in light of COVID-19. All deadlines must be extended. COVID-19 prevented me from meeting this deadline.

2. The attorneys fees are too much for too little actual work.

3. The attorneys fees are plainly too much, whether lodestar or multiplier driven.

4. The release is over-broad.

5. The settlement is unfair, unreasonable and inadequate.

6. The class representative should get nothing. The entire settlement is questionable.Class counsel is obligated to apply for a fee award even though such awards are not lawful pursuant to binding circuit precedent. *Johnson v. NPAS Sols*. LLC, 2020 U.S. App. LEXIS 29682, 28 Fla. L. Weekly Fed. C 1915, ____ F.3d ____, 2020 WL 5553312. This provision is obviously the result of a contractual provision between Class Counsel and the named



Steven Helfand
1400 SW 137th Ave Apt 112
Pembroke Pnes, FL. 33027-6941

MIAMI FL   330

16 OCT 2020  PM 4  L

Energy Awareness Month

FOREVER / USA

US District Court, ND California
280 S. 1st Street, 2nd Fl.
San Jore, CA  95113