# CERTIFICATE FOR CERTIFIED COPY

Title for document(s):

1. NOTICE FOR FAILURE TO RESPOND;
2. Affidavit for Mailing;
3. Affidavit for Correction; and
4. Affidavit of Fact for ™Derrick-DeWan: Pinckney©.

Total number of page(s) including cover, _13 total_ .

RECEIVED

NOV 13 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

| | |
|---|---|
| Washington State | ) |
| | )S.S |
| Pierce County | ) |

The document(s) to which this certificate is affixed is **CERTIFIED A TRUE, CORRECT, & COMPLETE COPY** of original in the possession of ™Derrick DeWan: Pinckney©, sui juris, on this _9th_ day of _November_ , 20_20_ .

AMBER WARREN
COMMISSION EXPIRES
NOTARY
175182
PUBLIC
11-19-22
STATE OF WASHINGTON

_[signature of Notary]_
[signature of Notary]

_Amber Warren_
[printed name of Notary]

My commission expires: _11·19_ , 20_22_ .

# NOTICE FOR FAILURE TO RESPOND

TO:   **GOOGLE PLUS DATA LITIGATION**
Attn: Settlement Objections
P.O. Box 58220
Philadelphia, PA, 19102
GooglePlusDataLitigation.com
Info@GooglePlusDataLitigation.com
833-509-1101

Sent U.S. Mail via Certificate of Service:

cc:   **UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA**
Attn: Clerk of the Court
280 South 1st Street, 2nd Floor
San Jose, CA 95113

From: ™Derrick-DeWan: Pinckney©
™**DERRICK DEWAN PINCKNEY**
GENERAL DELIVERY
c/o 1102 S A Street
Tacoma, Washington State [98402-9998]
(253) 253-254-5633
email address: pikoexpressdelivery@gmail.com

Sent U.S. Postal Service (USPS) via Certified Mail (CM) &
Domestic Return Receipt (RR):

**GOOGLE PLUS DATA LITIGATION**
CM #: 7011 0470 0002 0809 8823
RR #:  9590 9402 5392 9189 9311 75

November 9, 2020

FOR:   In re Google Plus Profile Litigation
Case No. 5:18-cv-06164-EJD
email: pikoexpressdelivery@gmail.com
NOTICE FOR OPT-OUT FOR ™DERRICK DEWAN PINCKNEY

Dear Sir(s):

I, ™Derrick-DeWan: Pinckney© (hereinafter "Secured Party Creditor"), sui juris, in propria persona, am writing this NOTICE FOR FAILURE TO RESPOND to GOOGLE PLUS DATA LITIGATION (hereinafter ("GPDL"); regarding NOTICE FOR OPT-OUT FOR ™DERRICK DEWAN PINCKNEY (hereinafter "TRUST"); for email: pikoexpressdelivery@gmail.com; for In re Google Plus Profile Litigation; for Case No. 5:18-cv-06164-EJD; and for all that Comes Now:

1. for Document 79, received August 17, 2020 by SUSAN Y. SOONG, CLERK for U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE and filed August 18, 2020, for Case No. 5:18-cv-06164-EJD (see Exhibit 1 (A));

2. for GPDL's failure to respond to Secured Party Creditor's document(s) filed in number one (1), above;

3. for GPDL's failure to send a letter signed under penalty of perjury stating to the fact that the Opt-Out request for TRUST are honored and complete;

4. for GPDL's failure to send certified copies for any court document(s) filed in the TRUST's name; and

---

NOTICE FOR FAILURE TO RESPOND

Case No. 5:18-cv-06164-EJD

B

A

C

R



mr. D errick Pinckney ©
All Rights Reserved

5. for GPDL's failure to respond by the set date of October 31, 2020, to all matters stated herein.

Respectfully Submitted,

By: *Derrick -DeWan: Pinckney©*

™Derrick-DeWan: Pinckney©, sui juris
All Rights Reserved & Without Prejudice

ENCLD: Affidavit for Mailing; Affidavit for Correction; Affidavit of Fact for ™Derrick-DeWan: Pinckney©

"Witness by Notary for No Changes Jurisdiction AND/OR Status from the Land."

| Washington State | ) | |
|---|---|---|
| | )S.S | |
| Pierce County | ) | |

Signed and sworn to before me on this 9th day of November , 2020 , by ™Derrick-DeWan: Pinckney©, sui juris.

_____
Notary Signature

*Amber Warren*
Notary Printed Name

NOTARY PUBLIC

My commission expires: ____11-19____, 20 22 .

B

A

C

K

by: Derrick          Finclivez
All Rights Reserved

# Affidavit for Mailing

Washington State      )
                      )S.S.

Pierce County         )

KNOW ALL MEN BY THESE PRESENTS, that on this day, before me, a Notary Public, personally came and appeared ™Derrick-DeWan: Pinckney©, sui juris, in propria persona, a Private Natural Person (hereinafter "Affiant") who after being first duly sworn, upon oath stated:

1. that your Affiant, on August 12, 2020, mailed a certified copies for: (a) NOTICE FOR OPT-OUT FOR ™DERRICK DEWAN PINCKNEY; and (b) an Affidavit of Fact for ™Derrick-DeWan: Pinckney©;

2. that your Affiant, for the the document(s) described in number one (1), above, via postage prepaid and Certified Mail (CM), Domestic Return Receipt (DRR), and Certificate of Mailing (CTOM) deposited them in a post office or an official depository under the care and custody of the U.S. Postal Service (USPS) (receipts attached);

3. that the persons and their respective, addresses are as follows:

| Sender- Address | Domestic Return Receipt Sender | Addressee/Agency-01 | Addressee/Agency-02 |
|---|---|---|---|
| ™Derrick-DeWan: Pinckney©<br>™DERRICK DEWAN PINCKNEY<br>GENERAL DELIVERY<br>c/o 1102 A Street<br>Tacoma, Washington State<br>[98405-9998] | ™Derrick-DeWan: Pinckney©, sui juris<br>GENERAL DELIVERY<br>c/o 1102 A Street<br>Tacoma, Washington State<br>[DMM 602 1.3e (2)]<br>Non-Domestic Delivery | GOOGLE PLUS DATA LITIGATION<br>Attn: Settlement Objections<br>P.O. Box 58220<br>Philadelphia, PA, 19102<br><br>CM #: 7011 0470 0002 0809 8670<br>DRR #: 9590 9402 5797 0034 7143 64 | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>Attn: CLERK OF THE COURT<br>280 South 1st Street, 2nd Floor<br>San Jose, CA 95113<br><br>Certificate of Mailing (CTOM) |

4. that your Affiant, for Addressee/Agency-01 in number three (3), above, received the DRR on August 25, 2020 (attached);

5. that the Addressee/Agency-02 in number three (3), above, received the document(s), in number one (1), above, and filed them as Document 79 for Case No. 5:18-cv-06164-EJD (see Exhibit 1 (A)); and

6. that your Affiant, for document(s) in number one (1), two (2), and four (4), above, have retained the originals.

By: *Derrick-DeWan* Pinckney ©

™Derrick-DeWan: Pinckney©
All Rights Reserved & Without Prejudice



by Derrick Pinckney 2020

All Rights Reserved

SUBSCRIBED AND SWORN TO, OR AFFIRMED, before me on this _9th_ day of

_November_ , 20_20_ by ™Derrick-DeWan: Pinckney©, sui juris.

_[signature]_
[signature of Notary]

_Amber Warren_
[printed name of Notary]

NOTARY PUBLIC

My commission expires: _11·19_ , 20_22_ .

B
A
C
K



by: Der... Pinchney
all Rights Reserved

COPY



**UNITED STATES POSTAL SERVICE.**

DOWNTOWN TACOMA
1102 A ST
TACOMA, WA 98402-9998
(800)275-8777

08/12/2020                          04:58 PM
---------------------------------------------

| Product | Qty | Unit Price | Price |
|---------|-----|-----------|-------|
| First-Class Mail® Letter | 1 | | $0.55 |
| San Jose, CA  95113 | | | |
| Weight:0 Lb 0.80 Oz | | | |
| Estimated Delivery Date | | | |
| Monday 08/17/2020 | | | |
| Cert of Mail | | | $1.50 |
| Affixed Amount:$0.00 | | | |
| Total | | | $2.05 |

---------------------------------------------

Grand Total:                         $2.05

---------------------------------------------

Credit Card Remitd                   $2.05
   Card Name:VISA
   Account #:XXXXXXXXXXXX4959
   Approval #:812185
   Transaction #:499
   AID:A0000000031010      Chip
   AL:VISA CREDIT
   PIN:Not Required
---------------------------------------------

*************************************
   Due to limited transportation
      availability as a result of
      nationwide COVID-19 impacts
   package delivery times may be
   extended. Priority Mail Express®
      service will not change.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

NOW HIRING. Please visit
www.usps.com/careers to apply.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5980-0352-003-00029-58962-02

or scan this code with
your mobile device:



or call 1-800-410-7420.

YOUR OPINION COUNTS

---------------------------------------------

UFN: 548334-0055
Receipt #: 840-59800352-3-2958962-2
Clerk: 11

---

Washington State        )
                        )S.S
Pierce County           )

The document(s) to which this certificate is affixed is CERTIFIED A TRUE, CORRECT, &
COMPLETE COPY of original in the possession of ™Derrick DeWan: Pinckney©, sui juris,
on this 9th day of November , 20 20 .

AMBER WARREN
COMMISSION EXPIRES
NOTARY
175182
PUBLIC
11-19-22
STATE OF WASHINGTON

_____
[signature of Notary]

Amber Warren
_____
[printed name of Notary]

My commission expires: 11.19 , 20 22

**UNITED STATES POSTAL SERVICE**®

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: ™Derrick-DeWan: Pinckney©

GENERAL DELIVERY

c/o 1102 A Street

Tacoma, Washington State [98402-9998]

Postmark Here

To: **United States District Court for the Northern District of California**

Attn: Clerk of the Court

280 South 1st Street, 2nd Floor

San Jose, CA 95113

PS Form **3817**, April 2007  PSN 7530-02-000-9065

U.S. POSTAGE PAID
FCM LETTER
TACOMA, WA
98402
AUG 12, 20
AMOUNT
**$1.50**
R2305E124617-11

1000

**NOTICE FOR OPT-OUT**
**FOR ™DERRICK DEWAN PINCKNEY**

August 11, 2020

FOR:   In re Google Plus Profile Litigation
       Case No. 5:18-cv-06164-EJD
       OPT-OUT for DERRICK DEWAN PINCKNEY
       email: pikoexpressdelivery@gmail.com

Dear Sir(s):

I, ™Derrick-DeWan: Pinckney© (hereinafter "Secured Party Creditor"), sui juris, in propria persona, am writing this NOTICE FOR OPT-OUT FOR ™DERRICK DEWAN PINCKNEY to GOOGLE PLUS DATA LITIGATION, et al., for Opt-Out for ™DERRICK PINCKNEY (hereinafter "TRUST"); for email account: pikoexpressdelivery@gmail.com; for In re Google Plus Profile Litigation Case No. 5:18-cv-06164-EJD.

Additionally, Secured Party Creditor requests that GOOGLE PLUS DATA LITIGATION: (1) send a letter signed under penalty of perjury stating to the fact that opt out request for the TRUST was received and processed; (2) send certified copies for any court document(s) filed in the TRUST's name; and (3), that the requests in (1) and (2) must be received Secured Party Creditor no later than October 31, 2020, and mailed to: ™Derrick-DeWan: Pinckney©, GENERAL DELIVERY, c/o 1102 S A Street, Tacoma, Washington State [98402-9998].

By:   _Derrick-DeWan Pinckney_

™Derrick-DeWan: Pinckney©, sui juris
All Rights Reserved & Without Prejudice

"For Witness By Notary For No Changes Jurisdiction and/or Status from the Land."

Washington State  )
                  )S.S
Pierce County     )

Signed and sworn to before me on this 12th day of August, 2020, by ™Derrick-DeWan: Pinckney©, sui juris.

_[signature of Notary]_
[signature of Notary]

_Amber Warren_
[printed name of Notary]

AMBER WARREN
COMMISSION EXPIRES
NOTARY PUBLIC
175182
11-19-22
STATE OF WASHINGTON

NOTARY PUBLIC
My commission expires: ___11-19___, 20 22

COPY

# UNITED STATES POSTAL SERVICE®

DOWNTOWN TACOMA
1102 A ST
TACOMA, WA 98402-9998
(800)275-8777

08/12/2020                              04:56 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® | 1 | | $0.55 |

Letter
    Philadelphia, PA 19102
    Weight:0 Lb 0.90 Oz
    Estimated Delivery Date
    Monday 08/17/2020

| Certified | | | $3.55 |
|---|---|---|---|

    USPS Certified Mail #
    70110470000208098670

| Return Receipt | | | $2.85 |
|---|---|---|---|

    USPS Return Receipt #
    9590940257970034714364

| Total | | | $6.95 |
|---|---|---|---|

--------------------------------

Grand Total :                          $6.95

--------------------------------

Credit Card Remitd                     $6.95
    Card Name:VISA
    Account #:XXXXXXXXXXXX4959
    Approval #:812165
    Transaction #:498
    AID:A0000000031010       Chip
    AL:VISA CREDIT
    PIN:Not Required

--------------------------------

****************************************
    Due to limited transportation

(USPS?) to get the latest status.
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

NOW HIRING. Please visit
www.usps.com/careers to apply.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5980-0352-003-00029-58926-02

or scan this code with
your mobile device:



or call 1-800-410-7420.

YOUR OPINION COUNTS

--------------------------------

UFN: 548334-0055
Receipt #: 840-59800352-3-2958926-2
Clerk: 11

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

Philadelphia, PA 19102

OFFICIAL USE

| | | 0055 |
|---|---|---|
| Postage | $.55 | 11 |
| Certified Fee | $2.85 | |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| | $0.55 | |
| Total Postage & Fees | $ $6.95 | 08/12/2020 |

Sent To
GOOGLE PLUS DATA LITIGATION
Street, Apt. No.;
or PO Box No. PO Box 58220
City, State, ZIP+4
Philadelphia, PA, 19102

PS Form 3800, August 2006                Reverse for Instructions

7011 0470 0002 0809 8670



Washington State          )
                          )S.S
Pierce County             )

The document(s) to which this certificate is affixed is CERTIFIED A TRUE, CORRECT, &
COMPLETE COPY of original in the possession of ™Derrick DeWan: Pinckney®, sui juris,
on this 9th day of November, 2020.

AMBER WARREN
COMMISSION EXPIRES
NOTARY
175182
PUBLIC
11-19-22
STATE OF WASHINGTON

_____
[signature of Notary]

Amber Warren
[printed name of Notary]

My commission expires: 11-19, 2022

COPY

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

1. Article Addressed to:

**NOTICE FOR OPT-OUT
FOR ™DERRICK DEWAN PINCKNEY**
GOOGLE PLUS DATA LITIGATION
Attn: Settlement Objections
P.O. Box 58220
Philadelphia, PA, 19102

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

9590 9402 5797 0034 7143 64

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
  Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7011 0470 0002 0809 8670

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 5797 0034 7143 64

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box •

™**Derrick-DeWan: Pinckney**©, sui juris
GENERAL DELIVERY
c/o 1102 A Street
Tacoma, Washington State  [DMM 602 1.3e (2)]
Non-Domestic Delivery

---

Washington State    )
                     )S.S
Pierce County        )

The document(s) to which this certificate is affixed is CERTIFIED A TRUE, CORRECT, & COMPLETE COPY of original in the possession of ™Derrick-DeWan: Pinckney©, sui juris, on this 28 day of August, 2020.

CINDY L ROSE
COMMISSION EXPIRES
NOTARY
PUBLIC
8-29-20
STATE OF WASHINGTON

_____
[signature of Notary]

Cindy L. Rose
[printed name of Notary]

My commission expires: 8/29, 2020

# Affidavit for Correction
# for ™Derrick-DeWan: Pinckney©

Comes now, ™Derrick-DeWan: Pinckney©, sui juris, in propria persona, a Natural Person, by Special Appearance, your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states that he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. That your Affiant, is a creation of God, a man, a Natural Person, and is currently domiciled in the Kingdom of Heaven on Earth (imbued with the Sun and Cosmic Power of the Creator), a transient foreigner, living on the land/soil, GENERAL DELIVERY, c/o 1102 S A Street, Tacoma, Washington State [98402-9998], Non-Domestic Delivery.

2. That your Affiant, on November 26, 2014 at 12:46:56 PM or thereabouts, traveled to Pierce County Auditor's Office, 2401 South 35th Street, Room 200, Tacoma, Washington State; and publicly recorded Affiant's "Affidavit of Status," Instrument #: 201411260397.

3. That your Affiant, on July 27, 2018 at 11:52:16 AM or thereabouts, traveled to the location in number two (2), above, and publicly recorded Affiant's Notice for "Affidavit for The Right of Locomotion and for The Right to Travel," Instrument #: 201807270291.

4. That your Affiant, on October 10, 2019 at 03:06:22 PM or thereabouts, traveled to the location in number two (2), above, and publicly recorded Affiant's "NOTICE FOR COMMON LAW COPYRIGHT AND CERTIFICATE FOR ASSUMED NAME FOR DERRICK DEWAN PINCKNEY-10101981-CN," Instrument #:201910100619.

5. That your Affiant, is the "Lawful Entitlement Holder" and "Holder in Due Course" for ™DERRICK DEWAN PINCKNEY (hereinafter "TRUST").

6. That your Affiant, hereby invoke and refuse to waive the rights and privileges afforded to your Affiant by the Constitution for the united States of America as ratified in 1789 with the Articles and Amendments; and for the Constitution for Washington State, Article I, Section 2, Supreme Law Of The Land "The Constitution for the United States is the supreme law of the land."

7. That your Affiant on August 12, 2020, sent a certified true copy of a NOTICE FOR OPT-OUT FOR ™DERRICK PINCKNEY to GOOGLE PLUS DATA LITIGATION (hereinafter "GPDL"), Attn: Settlement Objections, P.O. Box 58220, Philadelphia, PA, 19102.

8. That your Affiant, for the notice in number seven (7), above, enclosed a certified true copy of an Affidavit of Fact for ™Derrick-DeWan: Pinckney©.

9. Correction: that for the affidavit in number eight (8), above, there are only two pages.

10. Correction: that for the affidavit in number eight (8), above, number seven should read, "That your Affiant on August 12, 2020, sent a NOTICE FOR OPT-OUT FOR ™DERRICK

B

A

C

R



PINCKNEY to GOOGLE PLUS DATA LITIGATION (hereinafter "GPDL"), at Attn: Settlement Objections, P.O. Box 58220, Philadelphia, PA, 19102."

Further Affiant sayeth naught.

By: _Derrick-DeWan: Pin_

Derrick DeWan: Pinckney, sui juris, Beneficiary/Creditor
All Rights Reserved Exclusively & Without Prejudice

cc: Attorney-in-fact

"For Witness by Notary for No Changes Jurisdiction/Status from the Land."

| | |
|---|---|
| Washington State | ) |
| | )S.S |
| Pierce County | ) |

Signed and sworn to before me on this 9th day of November , 2020 , by Derrick-DeWan: Pinckney, sui juris.

_[signature of Notary]_

_Amber Warren_
[printed name of Notary]

NOTARY PUBLIC

My commission expires: 11.19 , 2022 .

---

B

A

C

K



by: Derrick Buckney 2020
All Rights Reserved

# Affidavit of Fact
# for ™Derrick-DeWan: Pinckney©

Comes now, ™Derrick-DeWan: Pinckney©, sui juris, in propria persona, a Natural Person, by Special Appearance, your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states that he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. That your Affiant, is a creation of God, a man, a Natural Person, an American National, and is currently domiciled in the Kingdom of Heaven on Earth (imbued with the Sun and Cosmic Power of the Creator), as a transient foreigner, living on the land/soil, GENERAL DELIVERY, c/o 1102 S A Street, Tacoma, Washington State [98402-9998], Non-Domestic Delivery.

2. That your Affiant, on November 26, 2014 at 12:46:56 PM or thereabouts, traveled to Pierce County Auditor's Office, 2401 South 35th Street, Room 200, Tacoma, Washington State; and publicly recorded Affiant's "Affidavit of Status," Instrument #: 201411260397.

3. That your Affiant, on July 27, 2018 at 11:52:16 AM or thereabouts, traveled to the location in number two (2), above, and publicly recorded Affiant's Notice for "Affidavit for The Right of Locomotion and for The Right to Travel," Instrument #: 201807270291.

4. That your Affiant, on October 10, 2019 at 03:06:22 PM or thereabouts, traveled to the location in number two (2), above, and publicly recorded Affiant's "NOTICE FOR COMMON LAW COPYRIGHT AND CERTIFICATE FOR ASSUMED NAME FOR DERRICK DEWAN PINCKNEY-10101981-CN," Instrument #:201910100619.

5. That your Affiant, is the "Lawful Entitlement Holder" and "Holder in Due Course" for ™DERRICK DEWAN PINCKNEY (hereinafter "TRUST").

6. That your Affiant, hereby invoke and refuse to waive the rights and privileges afforded to your Affiant by the Constitution for the united States of America as ratified in 1789 with the Articles and Amendments, and for the Constitution for Washington State, Article I, Section 2, Supreme Law Of The Land "The Constitution for the United States is the supreme law of the land."

7. That your Affiant on November 9, 2020, sent: (a) NOTICE FOR FAILURE TO RESPOND; (b) an Affidavit for Mailing; (c) an Affidavit for Correction; and (d) an Affidavit of Fact for ™Derrick-DeWan: Pinckney© to GOOGLE PLUS DATA LITIGATION (hereinafter "GPDL") at Attn: Settlement Objections, P.O. Box 58220, Philadelphia, PA, 19102.

8. That your Affiant, for the documents in number seven (7), above, sent certified copies via U.S. Postal Service (USPS) via Certified Mail #: 7011 0470 0002 0809 8823 and Domestic Return Receipt #: 9590 9402 5392 9189 9311 75.

9. That your Affiant, for the documents number seven (7), above, sent certified carbon copies via USPS Certificate of Mailing (CTOM) to: UNITED STATES DISTRICT COURT,

B
A
C
K



by: Derrick ... ney
All rights Reserved

NORTHERN DISTRICT OF CALIFORNIA, Attn: Clerk of the Court, 280 South 1st Street, 2nd Floor, San Jose, CA 95113.

10. That your Affiant's NOTICE FOR OPT-OUT FOR ™DERRICK DEWAN PINCKNEY was received August 17, 2020, by the addressee in number nine (9), above, by CLERK OF COURT SUSAN Y. SOONG and filled August 18, 2020 as Document 79 for Case No. 5:18-cv-06164-EJD.

11. That per your Affiant's requests, to date, for the notice in number ten (10), above, there are no correspondence signed under penalty of perjury by GPDL stating to the fact that the Opt-Out request for TRUST is honored and complete.

12. That per your Affiant's requests, to date, for the notice in number ten (10), above, there are no certified copies for any court document(s) filed in the TRUST's name by GPDL to your Affiant.

13. That per your Affiant's request, to date, stated in the notice for number ten (10), above, by the set date of October 31, 2020, there are no responses from GPDL.

Further the Affiant sayeth naught.

By:  *Derrick-DeWan: Pin...*

™Derrick-DeWan: Pinckney©, sui juris, Beneficiary/Creditor
All Rights Reserved Exclusively & Without Prejudice

"For Witness by Notary for No Changes Jurisdiction/Status from the Land."

| | |
|---|---|
| Washington State | ) |
| | )S.S |
| Pierce County | ) |

Signed and sworn to before me on this _9th_ day of _November_ , 20_20_ , by Derrick-DeWan: Pinckney, sui juris.

*[signature of Notary]*
[signature of Notary]

*Amber Warren*
[printed name of Notary]

NOTARY PUBLIC

My commission expires: _11·19_ , 20_22_ .

AMBER WARREN
NOTARY PUBLIC
COMMISSION EXPIRES
175182
11-19-22
STATE OF WASHINGTON

B

A

C

K



by: Darrin *** Brockway
2020
All Rights Reserved

# Exhibit 1 (A)

# NOTICE FOR OPT-OUT
# FOR ™DERRICK DEWAN PINCKNEY

TO:   **GOOGLE PLUS DATA LITIGATION**
Attn: Settlement Objections
P.O. Box 58220
Philadelphia, PA, 19102
GooglePlusDataLitigation.com
Info@GooglePlusDataLitigation.com
833-509-1101

From: ™Derrick-DeWan: Pinckney©
™**DERRICK DEWAN PINCKNEY**
GENERAL DELIVERY
c/o 1102 S A Street
Tacoma, Washington State [98402-9998]
(253) 253-254-5633
email address: pikoexpressdelivery@gmail.com

**Sent via USPS Certified Mail (CM) & Return Receipt (RR)**
**GOOGLE PLUS DATA LITIGATION**
CM #: 7011 0470 0002 0809 8670
RR #: 9590 9402 5797 0034 7143 64

August 12, 2020

**RECEIVED**

AUG 17 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FOR:   In re Google Plus Profile Litigation
Case No. 5:18-cv-06164-EJD
OPT-OUT for DERRICK DEWAN PINCKNEY
email: pikoexpressdelivery@gmail.com

Dear Sir(s):

I, ™Derrick-DeWan: Pinckney© (hereinafter "Secured Party Creditor"), sui juris, in propria persona, am writing this NOTICE FOR OPT-OUT FOR ™DERRICK DEWAN PINCKNEY to GOOGLE PLUS DATA LITIGATION, et al., for Opt-Out for ™DERRICK PINCKNEY (hereinafter "TRUST"); for email account: pikoexpressdelivery@gmail.com; for In re Google Plus Profile Litigation Case No. 5:18-cv-06164-EJD.

Additionally, Secured Party Creditor requests that GOOGLE PLUS DATA LITIGATION: (1) send a letter signed under penalty of perjury stating to the fact that opt out request for the TRUST was received and processed; (2) send certified copies for any court document(s) filed in the TRUST's name; and (3), that the requests in (1) and (2) must be received Secured Party Creditor no later than October 31, 2020, and mailed to: ™Derrick-DeWan: Pinckney©, GENERAL DELIVERY, c/o 1102 S A Street, Tacoma, Washington State [98402-9998].

Respectfully Submitted, Aug 12, 2020

By: ™Derrick-DeWan: Pinckney©, sui juris
All Rights Reserved & Without Prejudice

CERTIFIED TRUE COPY

AMBER WARREN
COMMISSION EXPIRES
NOTARY
175182
PUBLIC
11-19-22
STATE OF WASHINGTON

ENCLD: Affidavit of Fact for ™Derrick-DeWan: Pinckney©

CERTIFIED TRUE COPY

AMBER WARREN
COMMISSION EXPIRES
NOTARY
175182
PUBLIC
11-19-22
STATE OF WASHINGTON