RECEIVED
NOV 10 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

FRIDAY NOVEMBER 6th, 2018

JUDGE: DAVILA EDWARD, J.

SIR-I OBJECT TO THE SETTLEMENT TO CASE 5:2018-cv-06164-EJD. AND A FINAL FAIRNESS HEARING

DO TO SECURITY BREACHES STILL ACTIVE TO MY GOOGLE PROFILE THAT CAN BE PROVIDED TO YOU AND ALL PARTIES IF REQUESTED—

I WAS NEVER INFORMED OF THIS CLASS ACTION SETTLEMENT TILL RECENTLY THIS MONTH OF NONEMBER. THIS EMAIL WAS IN FACT PLACED IN DRAFTS—SAVED AS IF IT WAS AN EMAIL WRITTEN BY ME UNFINISHED

THE ISSUES OF CLAIMS BROUGHT FORWARD IN THIS CLASS ACTION HAVE NOT BEEN RESOLVED AS STATED) I STILL BEING A VICTOM OF TILL THIS PRESENT DAY, AGREEING TO THIS SETTLEMENT WOULD DENIE ME THE RIGHT TO SUE BEING THAT THE SAID ISSUES OF THE CLAIM HAVE BEEN RESOLVED

— VIOLATION OF CALIFORNIAS UNFAIR COMPETITION LAW ("UCL")—UNLAWFUL BUSINESS PRACTICE (CAL. BUS. AND PROF. CODE § 17200, et seq.)

— VIOLATION OF CALIFORNIA'S UNFAIR COMPETITION LAW ("UCL") UNFAIR BUISNESS PRACTICE (CAL. BUS. AND PROF CODE § 17200, et seq.)

— NEGLIGENCE

— INVASION OF PRIVACY

— VIOLATION OF CALIFORNIA'S CUSTOMER RECORDS ACT—INADEQUATE SECURITY

IF I WAS AWARE AT ALL OF THIS CLASS ACTION SETTLEMENT I WOULD HAVE SUBMITTED MY OWN EVIDENCE TO RECORD AND WOULD HAVE

BEEN MY OWN COUNSEL TO CLASS, SELF
REPRESENTED. AS I AM DOING SO NOW TO
RECORD.

I FILL HAVING SEVEN YEARS OF GOOGLES VIOLATIONS
AGAINST ME WOULD BE MORE THEN ENOUGH TIME
AND EFFORT INCURRED TO LITIGATING AS PROOF
CAN BE PROVIDED TO EVIDENCE.

SIR, IT IS HIGHLY RECOMMENDED BY ME BRINGING
TO YOUR ATTENTION THAT SECURITY ISSUES, AND
CONSUMERS RIGHTS, ALSO PRIVACY STILL BEING
ISSUES UNRESOLVED THAT THE FINAL FAIRNESS
HEARING TO NOT TAKE PLACE TILL THESE
ISSUES HAVE BEEN ADDRESSED AND IN
TRUTH TO EVIDENCE RESOLVED

THE SECURITY ISSUES I STATE DO IN FACT
INVOLVE TO OUR NATIONS GOVERNMENT,
FEDERAL AND STATE.

THE SECURITY ISSUES I STATE DO IN FACT
INVOLVE TO OUR NATIONS MILITARY.

THE SECURITY ISSUES I STATE DO IN FACT
INVOLVE TO OUR NATIONS UNITED STATES
WHITEHOUSE AND PRESIDENCY.

TO ALLOW AND CONTINUE FORTH WITH A FINAL
FAIRNESS HEARING WHILE ISSUES TO THE REGARDS
ARE STILL A MATTER WOULD BE TO ME
UNJUSTICE AND UNLAWFUL. A VIOLATION
TO THE VICTIMS OF THIS CLASS ACTION SETTLEMENT

PLEASE ADDRESS ME TO MY CONCERN TO ISSUES.

THANK YOU FOR YOUR TIME

*Joey Oaxaca Martinez*

CONTACT INFORMATION:
GOOGLE V.O.I.P. # 1(408)634-0449
METRO-CELL-NUMBER 1(408)624-2306
EMAIL: joey8martinez@gmail.com
ADDRESS TO MY GRANDPARENTS RESIDENCE TO MAIL:
2468 LUCERNE WAY SAN JOSE CA. 95122