5:18CV·06164

RECEIVED

DEC 10 2020

U.S. District Court
Northern District of California

To; Court Administration

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Concerning the Google Plus administrative lawsuit; I represent a class member whom is the most effected by this Felony conspiracy & imbezelment. This issue has (unwittingly) deprived me of valueable time as well as endless opportunity in a manner causing significant (realitive) disruption to market opp-erations and requiring substantial time in my own personal maintenance and attention(s). I [regretfully] inform the court that I was en-carcerated and otherwise indisposed at the regular time wherin this respondent was recieving such dispository indications/communications as I inform the court that I am now sending (hopefully/presumptively not for reasons related to this particullar investigation [& related investigation]).

As well as the above, there are several additional facts that I wish the court to be informed of. Primarily, that the proposed resti-tution (which I do inform the court... unfortunately... that I find is necessary in this case)(being a check of effectively a pro-rated form of the minimum wage wage in an incriment compensating for a realative hour's work} is not nearly adaquate to comensurate the value of my time [at high-intensity work hours] and does not even begin to add-ress the {gross} market loss created for me by the Google company funnelling endless adds through 'my' access point and wittingly creating tra-ffic in lieu of authorization which obstructs (unlawfully) my commercial innovation in computer manufacture and unequally effects the growth of the market factors which feed this demand [Felony Imbezelment]. Traffic[ed] th-rough my accounts [Mr. Daeman & Mr. AK67] was/has been also all of the digital factors which overfill a standard size (capacity) "smart" cell phone

RECEIVED

and frequently make almost all interactions -"virtually"- impossible. Nonwithstanding these things, I am a documented class member and have a right to a voice which all parties to this case have the right to hear at my discretion.

Due to deadlines in 'this' case, I will most likely need to file my complaint in a seperate action so as to have these complications litigated. I can assure the court that I am well apprised of my rights in this matter and able to competently persue legal remedies. Please leave the final disposition open to any additional litigation which might become necessary in this case.

I will persue appropiate restitution to my personal & professional rights as applicable to these issues,

Adin Byron Kimball

Eg. "KimballAdin@gmail.com"



Adin B. Kimball
108 NE Fogarty St
Newport, OR 97365

PORTLAND OR 972
7 DEC 2020 PM 3 L

RECEIVED
DEC 10 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Susan Y. Soong-Clark
Office of the Court
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

94102-348999

