JOHN A. YANCHUNIS (*pro hac vice*)
jyanchunis@forthepeople.com
RYAN J. McGEE (*pro hac vice*)
rmcgee@forthepeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone:   (813) 223-5505
Facsimile:    (813) 223-5402

*Appointed Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE PLUS PROFILE LITIGATION | ) No. 5:18-CV-06164-EJD (VKD)<br>)<br>) **SUPPLEMENTAL DECLARATION OF**<br>) **JOHN A. YANCHUNIS IN SUPPORT OF**<br>) **PLAINTIFFS' MOTION FOR**<br>) **ATTORNEYS' FEES, COSTS, AND**<br>) **EXPENSES, AND SERVICE AWARD**<br>)<br>)<br>)<br>)<br>) |

I, John A. Yanchunis, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I have been licensed to practice law in the state of Florida since 1981.

2. I previously provided a description of my firm, its professional staff dedicated to consumer class litigation and my experience in the area of class action litigation. [ECF No. 88-1].

3. I was one of the principal lawyers in charge of all aspects of the litigation and I worked collaboratively with my co-counsel in the case to ensure that Plaintiffs and the Class which they sought to represent were zealously represented, while also ensuring efficiency and reducing duplicative effort.

4. The hourly rates of the professionals in my firm, including my own, reflect experience and accomplishments in the area of class litigation. The rate of $950 per hour which I charge for my time is commensurate with hourly rates charged by my contemporaries around the country, including those rates charged by lawyers with my level of experience who practice in the area of class litigation across the nation, and I have been awarded that rate by courts. For example, most-recently in *In re Yahoo! Inc. Customer Data Sec. Breach Litig.*, a class case in which I was lead counsel for the class, the Honorable Judge Lucy H. Koh found these rates to be reasonable "in light of prevailing market rates in this district and that counsel for Plaintiffs have submitted adequate documentation justifying those rates." 2020 WL 4212811, *26 (N.D. Cal. July 22, 2020).

5. Prior to submitting the motion for attorneys' fees, costs and expenses, I compared and confirmed the hourly rate of the professionals in my firm with lawyers at other law firms whose practice is focused on class litigation. Moreover, as I have been retained as an expert on attorneys' fees in other class cases, and as part of my legal education, I routinely survey hourly rates charged by lawyers around the country in published surveys, and review continuously as part of my continuing education, opinions rendered by courts on attorneys' fee requests. Again, based upon my research, our rates are within the range of lawyers with our levels of experience.

6.      The lawyers and other professional staff of my firm maintain and record their respective time and the specific services they perform contemporaneously in a computerized system. Based upon the records in this system, and in support of Plaintiffs' Motion for Attorneys' Fees and Costs, my firm had expended 464 hours as of September 26, 2020, amounting to $362,765.60 in lodestar. This time included investigating the case; drafting and filing the first complaint; attentively tracking news and announcements, including the announcement of the Second Data Leak increasing the potentially affected consumers from 500,000 to more than 53 million; amending the complaint; consolidating the cases before this Court; filing the consolidated complaint; defending against a complex motion to dismiss; conducting informal discovery; preparing for and attending mediation; obtaining post-mediation information; negotiating a complex Settlement Agreement; soliciting bids for and investigating potential notice and claims administrators and their respective plans; moving for and successfully obtaining preliminary approval; working in concert with the Settlement Administrator; preparing the Press Release; monitoring the notice and claims administration; and preparing motions for fees and final approval.

| Name | Title | Hourly Rate | Time Spent | Total Billed |
|---|---|---|---|---|
| John A. Yanchunis | Partner | $950 | 105.30 | $100,035.00 |
| Jean Sutton Martin | Partner | $894 | 5.5 | $4,917.00 |
| Ryan J. McGee | Attorney | $742 | 167.10 | $123,988.20 |
| Jonathan Cohen | Attorney | $742 | 100.1 | $74,274.20 |
| Kenya Reddy | Attorney | $894 | 37.4 | $33,435.60 |
| Marcio Valladares | Attorney | $864 | 24 | $20,736.00 |
| Patrick A. Barthle | Attorney | $658 | 0.9 | $592.20 |
| Lorraine Carreiro | Paralegal | $202 | 18.3 | $3,696.60 |
| Jennifer Cabezas | Paralegal | $202 | 5.4 | $1,090.80 |
| **Total** | | | **464.00** | **$362,765.60** |

7.      Since that submission, additional time was spent communicating with the settlement administrator, communicating with class members, responding to objections, preparing

SUPPLEMENTAL DECLARATION OF JOHN A. YANCHUNIS                                                                                    - 2 -

the motion and memorandum in support of final approval, as well as preparing for and attending the fairness hearing. That additional time is reflected in the following chart:

| Name | Title | Hourly Rate | Additional Time Spent | Additional Billed |
|---|---|---|---|---|
| John A. Yanchunis | Partner | $950 | 6.5 | $6,175.00 |
| Jean Sutton Martin | Partner | $894 | 0.3 | $268.20 |
| Ryan J. McGee | Attorney | $742 | 111.6 | $82,807.20 |
| Jonathan Cohen | Attorney | $742 | 0 | $0.00 |
| Kenya Reddy | Attorney | $894 | 0 | $0.00 |
| Marcio Valladares | Attorney | $864 | 28.1 | $24,278.40 |
| Patrick A. Barthle | Attorney | $658 | 1.1 | $723.80 |
| Tim Ross | Attorney | $377 | 13.5 | $5,089.50 |
| Lorraine Carreiro | Paralegal | $202 | 0 | $0.00 |
| Jennifer Cabezas | Paralegal | $202 | 5.1 | $1,030.20 |
| **Total** | | | **166.2** | **$125,461.80** |

8. The total time expended by my firm, therefore, is **$488,227.40**.

9. Additional time will be required to defend any appeals taken from the final judgment approving settlement if such appeals are taken, to respond to inquiries from Class Members about the case and the Settlement, and ensure that the distribution of settlement proceeds to Class Members is done in a timely manner in accordance with the terms of the Settlement. I assert that the attorneys' fees sought in the motion for attorneys' fee is reasonable and seeks fair and reasonable compensation for undertaking this case on a contingency basis, and for obtaining the relief for Plaintiffs and the Class. Throughout this action, we have been challenged by highly experienced and skilled counsel who deployed very substantial resources on Defendant's behalf.

10. As stated above, a number of tasks will be required of my firm to conclude the litigation. In my experience leading class actions of this magnitude, I reasonably estimate that the future number of hours required to bring this Settlement to finality would be:

| Additional Work Required of Class Counsel | Projected Hours |
|---|---|
| Responding to and litigating any appeals taken | **200** |
| Overseeing the administration of the Settlement | **80** |
| **Total** | **280** |

11.     Based on my past experience with matters of this type and magnitude, I reasonably anticipate that a blended rate of $650 per hour would be reasonable for the anticipate hours to be expended bringing this matter to finality. Applying that rate to the anticipated 280 hours needed to bring this case to finality, the additional work required would result in a lodestar of approximately $188,175.00. I also reasonably estimate that anticipated future costs to accomplish these same tasks would amount to $5,000.00.

Executed this 6th of January, 2021 at Tampa, Florida.

By: */s John A. Yanchunis*
John A. Yanchunis, Esq.