JOHN A. YANCHUNIS (*pro hac vice*)
jyanchunis@forthepeople.com
RYAN J. McGEE (*pro hac vice*)
rmcgee@forthepeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone:   (813) 223-5505
Facsimile:   (813) 223-5402

Clayeo C. Arnold, SBN 65070
carnold@justice4you.com
Joshua H. Watson, SBN 238058
jwatson@justice4you.com
**CLAYEO C. ARNOLD**
**A PROFESSIONAL LAW**
**CORPORATION**
865 Howe Avenue
Sacramento, California 95825
Telephone:   (916) 777-7777
Facsimile:   (916) 924-1829

*Counsel for Plaintiffs Matt Matic and Zak Harris*

FRANKLIN D. AZAR (*pro hac vice*)
azarf@fdazar.com
MARGEAUX R. AZAR (*pro hac vice*)
azarm@fdazar.com
**FRANKLIN D. AZAR & ASSOCIATES, P.C.**
14426 East Evans Avenue
Aurora, Colorado 80014
Telephone:   (303) 757-3300
Facsimile:   (720) 213-5131

*Counsel for Plaintiffs Charles Olson and Eileen M. Pinkowski*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE PLUS PROFILE LITIGATION | Case No. 5:18-cv-06164-EJD (VKD)<br>**FINAL JUDGMENT** |

On January 25, 2021, the Court granted Plaintiffs' Motion for Final Approval and Motion for Attorneys' Fees, Costs, and Expenses and Service Award. (Dkt. 110) (the "Final Approval Order").

As part of the Final Approval Order, the Court certified the following class of persons for purposes of settlement:

> All persons residing within the United States who (1) had a consumer Google+ account for any period of time between January 1, 2015 and April 2, 2019; and (2) had their non-public Profile Information exposed as a result of the software bugs Google announced on October 8, 2018 and December 10, 2018.

(the "Settlement Class").

This Final Judgment adopts the terms and definitions set forth in the Settlement Agreement.

**JUDGMENT IS HEREBY ENTERED** pursuant to Federal Rule of Civil Procedure 58 as to the Settlement Class (excluding the persons who validly and timely requested exclusion, reflected in Dkt. 96-1 and the objections construed as exclusions (*i.e.*, Objections 56, 70, 116, 208, 235, 237, 275, 532, 737, and 793)), the Named Plaintiffs, and Defendant on the terms and conditions of the Settlement Agreement and as approved by the Final Approval Order.

Payments under the Settlement Agreement shall be made as outlined in the Final Approval Order and Settlement Agreement.

As of the Effective Date, Releasing Named Plaintiffs and the Releasing Class Members shall waive, release, forever discharge, and will not in any manner pursue the Released Claims as defined and set forth in Section 1.37 of the Settlement Agreement against Google, its affiliates, and their respective officers, directors, employees, members, agents, attorneys, administrators, representatives, insurers, beneficiaries, trustees, shareholders, investors, contractors, joint venturers, predecessors, successors, assigns, transferees, and all other individuals and entities acting on Google's behalf in connection with the Released Claims.

The Clerk is directed to close this case.

**IT IS SO ORDERED.**

Dated: January 25, 2021

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE