# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **Northern District of California**

U.S. District Court case number: **5:18-cv-06164-EJD (VKD)**

Date case was first filed in U.S. District Court: **10/08/2018**

Date of judgment or order you are appealing: **01/25/2021**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Steven Davis, Objector

Is this a cross-appeal?  ◯ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ◯ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

734 Syracuse Ave Apt 2N

City: University City   State: MO   Zip Code: 63130-3260

Prisoner Inmate or A Number (if applicable):

Signature: *[signature]*   Date: Feb 17, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                 *Rev. 12/01/2018*