```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611018601
Cashier ID: waltonb
Transaction Date: 02/23/2021
Payer Name: Steven Davis
----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Steven Davis
 Case/Party: D-CAN-5-18-CV-006164-001
 Amount:         $505.00
----------------------------------------
PAPER CHECK CONVERSION
 Remitter: Steven Davis
 Check/Money Order Num: 3142
 Amt Tendered:  $505.00
----------------------------------------
Total Due:       $505.00
Total Tendered: $505.00
Change Amt:        $0.00

Objector filing Appeal


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```