# TRANSCRIPT ORDER
Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 08/2018)

**COURT USE ONLY**
DUE DATE:

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Robin Pezzimenti |
| 2a. CONTACT PHONE NUMBER | (650) 493-9300 |
| 3. CONTACT EMAIL ADDRESS | rpezzimenti@wsgr.com |
| 1b. ATTORNEY NAME (if different) | Maura Rees |
| 2b. ATTORNEY PHONE NUMBER | (650) 320-4780 |
| 3. ATTORNEY EMAIL ADDRESS | mrees@wsgr.com |
| 4. MAILING ADDRESS | Wilson Sonsini Goodrich & Rosati, 650 Page Mill Rd., Palo Alto, CA |
| 5. CASE NAME | In re Google Plus Profile Litigation |
| 6. CASE NUMBER | 5:18-cv-06164 |
| 7. COURT REPORTER NAME | Irene Rodriguez |

8. THIS TRANSCRIPT ORDER IS FOR: ☐ APPEAL   ☐ NON-APPEAL   ☐ CRIMINAL   ☒ CIVIL   ☐ In forma pauperis (CJA: Do not use this form; use Form CJA24.)

9. TRANSCRIPT(S) REQUESTED

| DATE | JUDGE | TYPE | PORTION | PDF | TEXT/ASCII | PAPER | CONDENSED | ECF ACCESS | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/19/2020 | EJD | Settle | | ● | | | ● | | ● | | | | | | |
| 01/07/2021 | EJD | Fees | | ● | | | ● | | ● | | | | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/ Maura Rees

12. DATE: 02/25/2021