

SAINT LOUIS MO 630

10 MAR 2021 PM 4 L

Steven Davis
734 Syracuse Ave. Apt. 2N
Saint Louis, MO 63130-3260

HRW.org

Clerk's Office
United States District Court
280 South 1st Street
San Jose, CA 95113

95113-308590