To; California District Court Clerk(s) Staff

I have just recieved this returned mail from the Google 'Plus' litigation division. Apparently, they think they can ignore communications from affected parties/claimants and deny litigation or accomodation [under false pretext] to valid administrative requests. ~~Due to this policy,~~ ~~I~~ This is clearly not true in my case; I was simply unable to research/respond within the given expectation due to being imprisoned.

Despite what you may have discussed, 'I' am personally still highly effected by this conduct and have 'yet' to recive adaquate relief to mitigate the effect this conduct has had on my normal activities. Breach of contract enacted by 'this' company has caused significant harm to my business prospects, profession standing & farther career opportunities; this is due both to having to spend (excessive) extra time processing business communications & creating security (programs/protocals) as well as repairing partnerships. Unfortunately, regardless of additional expense, this is still a matter which requires the court's attention...

According to federal regulatory law, it is illegal to deny accomodation to a requesting plaintiff who makes such a request within a reasonable period of time [in accordance with tolling guidelines]. My request is not untimely and I 'am' a valid plaintiff by nature of the 'fact of' [a legal demmure] my other Google/Google "+" & an [advertizing quote]3 accounts ('ξ"+3' associated legal claim). My letter contained important legislative facts and Google [legal] department clerks are required to be informed of them.

As delivery has been refused and "you" are the parties in contact with this defendant, I request that you forward this communication (unaltered) to the oposing party. I would also appreciate you accomodating me with a response to this communication; arranging for us to resolve this breach in procedure with this respondent with/within a good timeframe. Please see to this request quickly so as to prevent further dammage from this action.

Sincerely,

*[signature]*

Adin B. Kimball



Abi B. Kimball
916 NE Fogarty St
Newport, Or 97365

PORTLAND OR 972
17 DEC 2020 PM 5 L

Google Litigation
Attn: Opt-Out requests

NIXIE    176   SE  1           2204/02/21
    RETURN TO SENDER
 NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 97365260708    *2304-01977-17-41