TO: Google Plus Legal Services

I have recently recieved an e-mail to my account [KimballAdin@gmail.com] informing me of a class-action "law-suit" involving my personal use of the Google+ service. For psychactric [sic] reasons, I was in prison for about a year prior awaiting trial and thusly unable to recieve any of your communications to their designated address. Due to this unfortunate situation, litigation concerning this matter is by no means clossed and you must refrain from any business (further or previously arranged) regarding any of the data portions of all effected Google Plus accounts (including any add[s] or add marketing of any kind).

This is my "official" notice to you that my legal intention in this matter is to arrange my own litigation as pertains to this case, as a class member. I have already contacted and informed the court of my intention to resolve this interfearance with my business activities through legal remedies. Google has been proven inneffective (through recent investigation of fraud/attempted fraud by Mastercard Bank) in appropriately controling traffic in its servers and as regards security of information.

Although I am a highly legally-competent professional whom far exceeds Oregon State Bar standards, I will require the services of Lincoln County's Kirsten Bezdek whom leads the adult division of the mental health program in processing of this case [she's realitively well-mannered]. For the sake of this class, I will require that you provide this information to all necessary parties through your le-

gal department in a procedurally-prompt way. Powers of establishment over this case have provided me with case number "5:18-CV-0616 4-EJD (VKD)" for all applicable case refference.

please see to all arrangements necessary to process this case in a timely way,

*[signature]*

Adia B. Kimball

United States District Court
Northern District of California
Google Plus Litigation - Court Clerks
450 Golden Gate Avenue
San Francisco, CA 94102

Adin B. Kimball
908 NE Fogarty St
Newport, Or 97365

RECEIVED
APR 27 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA