FILED

MAY 6 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: GOOGLE PLUS PROFILE LITIGATION, <br><br> ------------------------------ <br><br> MATT MATIC; et al., <br><br>     Plaintiffs-Appellees, <br><br> v. <br><br> STEVEN DAVIS, <br><br>     Objector-Appellant, <br><br> v. <br><br> GOOGLE, INC.; ALPHABET, INC., <br><br>     Defendants-Appellees. | No. 21-15365 <br><br> D.C. No. 5:18-cv-06164-EJD <br> Northern District of California, <br> San Jose <br><br> ORDER |

Pursuant to the terms of the parties' stipulation (Docket Entry No. 13), the appeal is dismissed without prejudice to reinstatement in the event the settlement is not approved by the district court on remand.

KS/Mediation

Reinstatement shall be by notice filed by any party in this court and served on the other parties and the Circuit Mediator within 28 days of the district court's ruling regarding settlement. If no notice of reinstatement is filed and served, the appeal will be deemed dismissed with prejudice.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Kyungah Suk
Circuit Mediator