DAVID H. KRAMER, SBN 168452
MAURA L. REES, SBN 191698
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:    (650) 565-5100
dkramer@wsgr.com
mrees@wsgr.com

*Attorneys for Defendant
Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re GOOGLE PLUS PROFILE LITIGATION | CASE NO.:  5:18-cv-06164-EJD<br><br>**DEFENDANT GOOGLE LLC'S STATEMENT OF NON-OPPOSITION TO MOTION TO APPROVE SETTLEMENT WITH OBJECTOR**<br><br>Judge:  Hon. Edward J. Davila |

Pursuant to Civil L.R. 7-3(b), Defendant Google LLC states that it does not oppose the Motion to Approve Settlement with Objector (ECF 123).

Dated: May 24, 2021

Respectfully submitted,
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Maura L. Rees
Maura L. Rees
mrees@wsgr.com

*Attorneys for Defendant Google LLC*