UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE PLUS PROFILE LITIGATION | Case No. 5:18-cv-06164-EJD<br><br>**ORDER APPROVING SETTLEMENT WITH OBJECTOR**<br><br>Re: Dkt. No. 123 |

On January 25, 2021, the Court granted final approval of class settlement in this action. Shortly thereafter, pro se Objector Steven Davis filed notice of appeal to the Ninth Circuit. On April 23, 2021, the Court granted the parties' joint motion for an indicative ruling pursuant to Federal Rule of Civil Procedure 62.1 and indicated it was inclined to grant a motion to approve settlement with Mr. Davis. Dkt. No. 119. On May 10, 2021, Plaintiffs and Mr. Davis moved for approval of their settlement. Dkt. No. 123. Google does not oppose. Dkt. No. 124.

Having reviewed the parties' moving papers, the Court finds that the settlement is in the best interest of the previously approved Settlement Class. The settlement was reached through arms-length negotiations as a result of a mediation process, prevents further expenditures on appeal at the expense of the Settlement Class, and expedites payment to the Settlement Class. The Settlement Class receives an additional $100,000 for distribution to the class members. Mr. Davis shall be reimbursed by Settlement Class Counsel for his out-of-pocket expenses in filing the appeal.

Accordingly, the motion being unopposed, and because the Court finds the settlement is in

Case No.: 5:18-cv-06164-EJD
ORDER APPROVING SETTLEMENT WITH OBJECTOR
1

the best interest of the Settlement Class, the Court GRANTS the motion for approval of settlement with Mr. Davis.

**IT IS SO ORDERED.**

Dated: June 1, 2021

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cv-06164-EJD
ORDER APPROVING SETTLEMENT WITH OBJECTOR
2