# EXHIBIT V



t3n digital pioneers

Über t3n | Jobs bei t3n | Mediadaten | Anmelden

t3n Pro entdecken

Pro | News | Wissen | Themen | Pioneers | Jobs | Firmen | Events | Shop

TikTok | Corona-App | Homeoffice | t3n Newsletter | Finance | Apple | t3n Deals | Adobe

News › Software & Infrastruktur › Externe App-Entwickler lesen Gmail-E-Mails mit

News

# Millionen Gmail-Nutzer betroffen: Externe App-Entwickler könnten E-Mails mitlesen

Facebook | Twitter | WhatsApp | Pocket | E-Mail



Millionen Gmail-E-Mails mitgelesen. (Foto: Shutterstock)

03.07.2018, 11:02 Uhr



Jörn Brien
News-Redakteur

**Verwandte Themen**

Apps   Gmail

Cloud-Computing   Google

Microsoft Office

**Hunderte externe App-Entwickler haben laut einem Medienbericht Zugriff auf die E-Mails von Gmail-Nutzern. Oft lesen nicht nur Maschinen, sondern auch Mitarbeiter die Inhalte mit.**

Im vergangenen Sommer hatte Google versprochen, dass das automatisierte Analysieren von Gmail-E-Mails zu Werbezwecken gestoppt werde. Das verhindert aber offenbar nicht, dass die Entwickler von externen Apps Zugriff auf die Inhalte der Mails von Nutzern des Google-Dienstes haben, wie das Wall Street Journal berichtet.

**NIX MEHR VERPASSEN: UNSERE NEWSLETTER**

E-Mail-Adresse

Wähle deine t3n Newsletter
☐ All you can read
☐ Pioneers Breakfast
☐ Tech, Dev & Admin
☐ Marketing

Demnach sollen neben Maschinen auch Mitarbeiter Zugriff auf private E-Mails von Gmail-Nutzern haben.

Den Zugangsberechtigungen Googles zufolge können auf Daten spezialisierte Unternehmen und Softwarefirmen neben Empfängeradressen und Metadaten auch die Inhalte der E-Mails lesen. Zwar müssen Gmail-Nutzer den Firmen den Zugriff auf ihre Daten über ein Opt-in erlauben. Laut The Verge ist dabei aber nicht immer klar ersichtlich, dass auch Menschen die E-Mail-Inhalte mitlesen könnten. Nicht nur in diesem Fall sollten Nutzer immer genau überlegen, welche Rechte sie Drittanbietern einräumen, und nicht einfach blind allem zustimmen.

## Nutzer müssen Zugriff auf Gmail-E-Mails erlaubt haben

In den meisten Fällen handelt es sich bei den Firmen mit Zugriff auf Gmail-E-Mails um Anbieter von Preisvergleichen oder Reiseplanern. Die Unternehmen müssen sich einer Überprüfung durch Google stellen, wie der Suchmaschinenriese betont. Dabei werde geprüft, ob eine genannte Firma auch tatsächlich hinter der betroffenen App steckt. Zudem müssen die Firmen Nutzer über die Datenauswertung unterrichten. Und die E-Mail-Analyse sollte für die App-Ausführung auch notwendig sein.

Zu den Unternehmen, die Gmail-E-Mails mitlesen, gehören etwa Salesforce und Microsoft Office, aber auch weniger bekannte E-Mail-Apps. Auch Google liest weiterhin E-Mails seiner Nutzer, allerdings nur dann, wenn es dazu aufgefordert werde, oder wenn es um Sicherheitszwecke oder Bugs gehe. Darüber hinaus gewährt natürlich nicht nur Gmail, sondern auch andere E-Mail-Anbieter App-Entwicklern Zugriff auf entsprechende Daten.



Gmail-Nutzer können überprüfen, welche Apps Zugriff auf ihre E-Mails haben. (Screenshot: Google/t3n.de)

Bisher gibt es laut den US-Medienberichten keine Hinweise darauf, dass die E-Mail-Daten in irgendeiner Weise von App-Entwicklern missbraucht worden sind. Allerdings sieht es schon stark nach einer Verletzung der Privatsphäre aus, wenn Menschen die eigenen E-Mail-Inhalte mitlesen – man denke da an das Postgeheimnis. Wie sicher das System der Überprüfung durch Google ist, ist zudem nicht klar. Pessimisten dürften sich an den Skandal um Facebook und Cambridge Analytica erinnert fühlen.

## Zustimmung zu Gmail-Zugriffen überprüfen

Wer überprüfen will, welche Apps die Erlaubnis haben, die eigenen Gmail-E-Mails mitzulesen, kann dies hier tun. Dort können entsprechende Zustimmungen auch wieder rückgängig gemacht werden.

**Interessant in diesem Zusammenhang: Neues Gmail-Feature hilft euch beim Schreiben von Mails**

🏠   f Facebook    🐦 Twitter    🟢 WhatsApp    📕 Pocket    ✈ E-Mail

### FINDE EINEN JOB, DEN DU LIEBST.

| TYPO3 Integrator / PHP Entwickler (m/w/d) - München / Remote | Mobile-App-Entwickler (m/w/d) Android | Social Media & Communications Manager (m/w/d) |
|---|---|---|
| schoene neue kinder GmbH — 81543 München | BITMARCK Software GmbH — 45145 Essen | ePages GmbH — 20355 Hamburg |

Alle Jobs    Deinen Job jetzt schalten!

Bitte beachte unsere Community-Richtlinien

Wir freuen uns über kontroverse Diskussionen, die gerne auch mal hitzig geführt werden dürfen. Beleidigende, grob anstößige, rassistische und strafrechtlich relevante Äußerungen und Beiträge tolerieren wir nicht. Bitte achte darauf, dass du keine Texte veröffentlichst, für die du keine ausdrückliche Erlaubnis des Urhebers hast. Ebenfalls nicht erlaubt ist der Missbrauch der Webangebote unter t3n.de als Werbeplattform. Die Nennung von Produktnamen, Herstellern, Dienstleistern und Websites ist nur dann zulässig, wenn damit nicht vorrangig der Zweck der Werbung verfolgt wird. Wir behalten uns vor, Beiträge, die diese Regeln verletzen, zu löschen und Accounts zeitweilig oder auf Dauer zu sperren.

Trotz all dieser notwendigen Regeln: Diskutiere kontrovers, sage anderen deine Meinung, trage mit weiterführenden Informationen zum Wissensaustausch bei, aber bleibe dabei fair und respektiere die Meinung anderer. Wir wünschen Dir viel Spaß mit den Webangeboten von t3n und freuen uns auf spannende Beiträge.

Dein t3n-Team

### SCHREIB DEN ERSTEN KOMMENTAR!

Melde dich mit deinem t3n Account an oder fülle die unteren Felder aus.

Dein Kommentar

