| | |
|---|---|
| JOHN A. YANCHUNIS (*pro hac vice*)<br>jyanchunis@forthepeople.com<br>RYAN J. McGEE (*pro hac vice*)<br>rmcgee@forthepeople.com<br>**MORGAN & MORGAN**<br>**COMPLEX LITIGATION GROUP**<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Telephone: (813) 223-5505<br>Facsimile: (813) 223-5402 | Clayeo C. Arnold, SBN 65070<br>carnold@justice4you.com<br>Joshua H. Watson, SBN 238058<br>jwatson@justice4you.com<br>**CLAYEO C. ARNOLD**<br>**A PROFESSIONAL LAW**<br>**CORPORATION**<br>865 Howe Avenue<br>Sacramento, California 95825<br>Telephone: (916) 777-7777<br>Facsimile: (916) 924-1829 |

FRANKLIN D. AZAR (*pro hac vice*)
azarf@fdazar.com
MARGEAUX R. AZAR (*pro hac vice*)
azarm@fdazar.com
**FRANKLIN D. AZAR & ASSOCIATES, P.C.**
14426 East Evans Avenue
Aurora, Colorado 80014
Telephone: (303) 757-3300
Facsimile: (720) 213-5131

*Appointed Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE PLUS PROFILE LITIGATION | No. 5:18-CV-06164 (VKD)<br><br>**NOTICE OF FILING POST DISTRIBUTION ACCOUNTING REPORT**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge: Hon. Edward J. Davila |

Pursuant to this Court's Order Finally Approving Class Settlement and Certifying Settlement Class entered on July 11, 2019 (ECF No. 117), Plaintiff hereby files the attached Post Distribution Accounting.

Dated: April 20, 2022

/s/ John A. Yanchunis
JOHN A. YANCHUNIS (*pro hac vice*)
jyanchunis@forthepeople.com
RYAN J. McGEE (*pro hac vice*)
rmcgee@forthepeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone:   (813) 223-5505
Facsimile:   (813) 223-5402

Clayeo C. Arnold, SBN 65070
carnold@justice4you.com
Joshua H. Watson, SBN 238058
jwatson@justice4you.com
**CLAYEO C. ARNOLD**
**A PROFESSIONAL LAW**
**CORPORATION**
865 Howe Avenue
Sacramento, California 95825
Telephone:   (916) 777-7777
Facsimile:   (916) 924-1829

FRANKLIN D. AZAR (*pro hac vice*)
azarf@fdazar.com
MARGEAUX R. AZAR (*pro hac vice*)
azarm@fdazar.com
**FRANKLIN D. AZAR & ASSOCIATES, P.C.**
14426 East Evans Avenue
Aurora, Colorado 80014
Telephone:   (303) 757-3300
Facsimile:   (720) 213-5131

*Appointed Class Counsel*

/s/ Steven Davis
Steven Davis
stevendavis@yahoo.com
734 Syracuse Ave., Apt. 2N
University City, MO 63130

Telephone: (913) 683-3719
Facsimile: (913) 273-0100

*Objector-Appellant, Pro Se*

NOTICE OF FILING POST DISTRIBUTION ACCOUNTING REPORT
No. 5:18-cv-06164-EJD

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file this Joint Motion to Approve Settlement with Objector.

Executed on April 20, 2022.

                                                            */s/ John A. Yanchunis*
                                                            John A. Yanchunis

| Settlement Fund Summary | |
|---|---:|
| Gross Settlement Fund | 7,500,000.00 |
| *Additions:* | |
| Earned Interest | 726.19 |
| Settlement with Objectors | 100,000.00 |
| *Subtractions:* | |
| Class Counsel Fees and Expenses | 1,944,558.23 |
| Jams Invoice Paid | 3,736.00 |
| Service Payments *(only 3 of 4 paid, missing W9 for Pinkowski)* | 4,500.00 |
| Class Members Paid | 3,040,014.00 |
| Administration Expense Paid | 1,831,397.64 |
| Class Members Paid | 3,040,014.00 |
| **Current Settlement Fund Account Balance** | **776,520.32** |
| | |
| **Admin Expense Incurred Not Paid** | |
| Invoice # NY006323 Aug 2021 | 3,044.56 |
| Invoice # NY006522 Sep 2021 | 3,581.92 |
| Invoice # NY006634 Oct 2021 | 6,353.06 |
| Invoice # NY006719 Nov 2021 | 2,069.79 |
| Invoice # NY006934 Dec 2021 | 1,707.46 |
| Invoice # NY006973 Jan 2022 *(includes 229,438 failed electronic pmts)* | 347,617.56 |
| **Total Due Angeion** | **364,374.35** |
| | |
| **Funds Available For Second Distribution** | **412,145.97** |
| | |
| Total Successful Electronic Payments | 1,413,960 |
| | |
| Estimated Payment Per Class Member Prior To Expense | 0.29 |
| Cost per Electronic Payment | (0.50) |

| Row Labels | Count |
|---|---|
| ⊞ Suceesfully Processed | 736 |
| ⊟ ACH Rejected | 77 |
|     Credit of Returned ACH (R02) Account is closed | 29 |
|     Credit of Returned ACH (R03) No Account/Unable to Locate Account | 27 |
|     Credit of Returned ACH (R04) Invalid Account Number | 10 |
|     Credit of Returned ACH (R08) Payment Stopped or Stop Payment on Item | 1 |
|     Credit of Returned ACH (R12) Branch sold to another DFI | 1 |
|     Credit of Returned ACH (R13) RDFI not qualified to participate | 4 |
|     Credit of Returned ACH (R16) Account Frozen | 2 |
|     Credit of Returned ACH (R23) Credit entry refused by receiver | 3 |
| **Grand Total** | **813** |