**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE PLUS PROFILE LITIGATION | Case No. 5:18-cv-06164-EJD (VKD)<br><br>[~~PROPOSED~~ ORDER] FOR CY PRES DISTRIBUTION OF UNCLAIMED FUNDS |

Based on the foregoing joint motion, the Court hereby finds good and orders the Claims Administrator to disburse equal amounts of the Residual Settlement Payments to:

Stanford Law School's Center for Internet and Society ("CIS"); and

The Electronic Privacy Information Center ("EPIC").

**IT IS SO ORDERED** this _4_ day of _____August_____, 2022.

_____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE